Don Springmeyer, Esq. (NBN 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel: (702) 385-6000
Email: d.springmeyer@kempjones.com

*Counsel for Proposed Lead Plaintiff*
*and Proposed Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC OLMSTEAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOVIE INC., CUONG DO, JOANNE WENDY KIM, and JOSEPH PALUMBO,<br><br>Defendants. | Case No.: 3:24-cv-00035-LRH-CSD |
| MATTHEW WAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOVIE INC., CUONG DO, JOANNE WENDY KIM, and JOSEPH PALUMBO,<br><br>Defendants. | Case No. 2:24-cv-00361-GMN-EJY |

**DECLARATION OF DON SPRINGMEYER, ESQ. IN SUPPORT OF**
**ROBERT FIGUEROA'S MOTION FOR CONSOLIDATION**
**OF RELATED ACTONS, APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF LEAD COUNSEL**

1

I, Don Springmeyer, Esq. declare as follows:

1.    I am a member in good standing of the bar of the State of Nevada and am admitted to practice before this Court.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Robert Figueroa ("Movant") for the entry of an Order of the following: (i) consolidating the Related Actions; (ii) appointing Movant as Lead Plaintiff on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired BioVie Inc. common stock during the period August 5, 2021 through November 29, 2023, inclusive (the "Class Period"); (iii) approving Movant's selection of the law firm of Berger Montague PC as Lead Counsel and Kemp Jones, LLP as Liaison Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Notice of pendency of class action lawsuit against BioVie Inc., published on January 19, 2024;

EXHIBIT B:   Signed Certification of Robert Figueroa pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT C:   Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in BioVie Inc. securities;

EXHIBIT D:   Berger Montague PC firm resume; and

EXHIBIT E:   Kemp Jones, LLP firm resume.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 19th day of March 2024.


                                 _/s/ Don Springmeyer_
                                 Don Springmeyer

2