# EXHIBIT C

**FINANCIAL INTEREST ANALYSIS**

**BioVie Inc**    **TICKER: BIVI**    **Set-Off Price:[1]**    **$1.2906**
**Class Period: August 5, 2021 - November 29, 2023**

**Robert Figueroa**

| LIFO/FIFO | | | | |
|---|---|---|---|---|
| **Transaction** | **Date** | **Quantity** | **Price Per Share** | **Cost/Proceeds** |
| Purchase | 12/15/2022 | 100 | $11.9650 | ($1,196.50) |
| Purchase | 12/15/2022 | 1,505 | $12.0000 | ($18,060.00) |
| Purchase | 12/15/2022 | 305 | $12.0100 | ($3,663.05) |
| Purchase | 12/15/2022 | 338 | $12.0200 | ($4,062.76) |
| Purchase | 12/15/2022 | 400 | $12.0267 | ($4,810.68) |
| Purchase | 12/15/2022 | 399 | $12.0300 | ($4,799.97) |
| Purchase | 12/15/2022 | 169 | $12.5700 | ($2,124.33) |
| Purchase | 12/15/2022 | 898 | $12.5799 | ($11,296.75) |
| Purchase | 12/15/2022 | 65 | $12.6800 | ($824.20) |
| Purchase | 12/15/2022 | 6,868 | $12.6800 | ($87,086.24) |
| **Class Period Purchases:** | | **11,047** | | **($137,924.48)** |
| Pre-Class Period Holdings: | | 0 | | |
| | | | | |
| Sale | 10/11/2023 | (6,868) | $3.6700 | $25,205.56 |
| **Sales That Match** **Class Period Purchases:** | | **(6,868)** | | **$25,205.56** |
| | | | | |
| **Shares Held:** | | 4,179 | $1.2906 | $5,393.49 |
| | | | **LIFO/FIFO Gain/(Loss):** | **($107,325.43)** |

[1] The average closing prices from November 29, 2023 through February 26, 2024.