# EXHIBIT E



**Kemp Jones LLP**

Kemp Jones LLP is a litigation boutique of respected and trusted trial lawyers dedicated to providing their clients the highest quality of legal services. Lead by the firm's founding partners, Will Kemp and Randall Jones (both of whom have been named Nevada Trial Lawyer of the Year), and, including Don Springmeyer, also a Nevada Trial Lawyer of the Year, Kemp Jones LLP's attorneys often try cases to verdict before juries and judges to vindicate their clients' rights. Our litigators have the experience and knowledge to obtain favorable outcomes for clients in highly complex cases involving a large number of litigants in multiple jurisdictions. Since its formation in 1993, Kemp Jones LLP has earned a prestigious reputation litigating on behalf of plaintiffs in mass tort litigation and class actions as well as in complex commercial and business disputes.

As innovators in multi-district product defect litigation and other mass torts, the firm has prosecuted hundreds of claims against medical device and pharmaceutical drug companies and was instrumental in making the tobacco industry accountable to smokers. The firm's trial lawyers also have been appointed as Class Counsel in numerous certified class actions on behalf of hundreds of thousands of class members in cases involving consumer rights, product defects, insurance fraud, and widespread statutory violations. As one of Nevada's most experienced and respected firms, Kemp Jones LLP frequently partners with some of the nation's top law firms; Mr. Springmeyer in particular has been appointed as liaison counsel in multiple Nevada securities, anti-trust, and data breach class actions.

**An Innovative and Aggressive Litigation & Appellate Team**

The firm takes great pride in its team of experienced partners, talented and devoted associate attorneys, skilled paralegals, knowledgeable legal secretaries, and hard-working staff. Regardless of the nature of the case, Kemp Jones LLP utilizes cutting-edge litigation-support services and innovative strategies to ensure that its clients receive the most effective and progressive representation available in Nevada and nationwide.

The firm's appellate practice is also first rate, as its skilled advocates represent clients before the Nevada Supreme Court, the Ninth Circuit Court of Appeals, and the United States Supreme Court, victoriously obtaining a unanimous decision from the United States Supreme Court in the 84,000-member class action, *Humana v. Forsyth*. That excellence is also judicially recognized, as Mr. Springmeyer has been appointed by the Nevada Supreme Court to the Commission to recommend amendments to the Nevada Rules of Appellate Procedure.