UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC OLMSTEAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOVIE INC., CUONG DO, JOANNE WENDY KIM, and JOSEPH PALUMBO,<br><br>Defendants. | Case No. 3:24-cv-00035-LRH-CSD<br><br>REASSIGNMENT ORDER |
| MATTHEW WAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOVIE INC., CUONG DO, JOANNE WENDY KIM, and JOSEPH PALUMBO,<br><br>Defendants. | Case No. 2:24-cv-00361-GMN-EJY |

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. *See* Local Rule 42-1. Reassignment of the cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 2:24-cv-00361-GMN-EJY is reassigned to District Judge Larry R. Hicks and Magistrate Judge Craig S. Denney.

     IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket(s) to reflect this reassignment.

     IT IS SO ORDERED.

     DATED this 26th day of March, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

     DATED this __27__ day of March, 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2