1  **ALDRICH LAW FIRM, LTD.**
   John P. Aldrich, Esq.
2  7866 West Sahara Avenue
   Las Vegas, NV 89117
3  Tel: (702) 853-5490
   Fax: (702) 227-1975
4  Email: jaldrich@johnaldrichlawfirm.com

5  **LEVI & KORSINSKY, LLP**
   Adam M. Apton
6  33 Whitehall Street, 17th Floor
   New York, NY 10004
7  Tel: (212) 363-7500
   Fax: (212) 363-7171
8  Email: aapton@zlk.com

9  *Attorneys for Lead Plaintiff*
   *and Lead Counsel for the Class*
10

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| IN RE BIOVIE INC. SECURITIES LITIGATION. | Case No. 3:24-cv-00035-LRH-CSD<br><br>**STIPULATION AND ORDER FOR FILING AMENDED COMPLAINT AND RESPONSE** |
|---|---|

Pursuant to Civil Local Rule 7-1, Lead Plaintiff Dr. Anthony Rinaldi ("Lead Plaintiff") and Defendants Biovie, Inc., Cuong Do, Joanne Wendy Kim, and Joseph Palumbo (collectively, "Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed scheduling order:

WHEREAS, on January 19, 2024, Plaintiff Eric Olmstead filed a putative class action complaint against Defendants for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (*see* ECF No. 1);

WHEREAS, on February 22, 2024, Plaintiff Matthew Way filed a putative class action complaint against Defendants for alleged violations of Sections 10(b) and 20(a) of the Securities

Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (*see* Case No. 3:24-cv-00361, ECF No. 1);

WHEREAS, on April 15, 2024, the Court consolidated the *Olmstead* and *Way* actions and appointed Dr. Anthony Rinaldi as the Lead Plaintiff, Levi & Korsinsky, LLP as the Lead Counsel, and the Aldrich Law Firm, Ltd. as the Liaison Counsel (*see* ECF No. 30);

WHEREAS, Lead Plaintiff intends to amend the complaint;

WHEREAS, the Parties have met and conferred and have agreed to the schedule set forth below for the filing of Lead Plaintiff's consolidated complaint and briefing of Defendants' response thereto;

WHEREAS, this is the first stipulation for any extension of time to amend the complaint and/or file a response thereto;

IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, as follows:

1. Lead Plaintiff shall file a consolidated complaint on June 21, 2024;

2. Defendants shall answer, move against, or otherwise respond to the consolidated complaint on August 21, 2024;

3. In the event that Defendants move to dismiss the consolidated complaint, Lead Plaintiff's opposition to Defendants' motion to dismiss shall be filed on October 21, 2024; and

4. Defendants' reply in support of its motion to dismiss shall be filed on or before December 5, 2024.

5. Nothing in this stipulation shall be deemed to constitute a waiver of any rights, objections, or defenses that any Party may have with respect to this action or to the claims asserted in any complaint in this action, and it is without prejudice to any other or further application by any Party to this Court or any other court.

| | | |
|---|---|---|
|1| Dated: May 6, 2024 | Respectfully submitted, |
|2| | **ALDRICH LAW FIRM, LTD.** |
|3| | /s/ *John P. Aldrich* |
|4| | John P. Aldrich, Esq. |
| | | 7866 West Sahara Avenue |
|5| | Las Vegas, NV 89117 |
| | | Tel: (702) 853-5490 |
|6| | Fax: (702) 227-1975 |
| | | Email: jaldrich@johnaldrichlawfirm.com |
|7| | |
|8| | *Liaison Counsel for Lead Plaintiff* |
| | | *and Liaison Counsel for the Class* |

**LEVI & KORSINSKY, LLP**
Adam M. Apton*
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com
*admitted *pro hac vice*

*Lead Counsel for Lead Plaintiff*
*and Lead Counsel for the Class*

| | |
|---|---|
| Dated: May 6, 2024 | **SNELL & WILMER LLP**<br><br>*/s/ Bradley T. Austin*<br>Bradley T. Austin<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, Nevada 89169<br>Tel: 702-784-5200<br>Fax: 702-784-5252<br>Email: baustin@swlaw.com<br><br>**BAKER & HOSTETLER LLP**<br>Douglas W. Greene*<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Tel: 212-589-4200<br>Email: dgreene@bakerlaw.com<br>*admitted *pro hac vice*<br><br>*Counsel for Defendants Biovie, Inc., Cuong Do, Joanne Wendy Kim, and Joseph Palumbo* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 7, 2024