# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE BIOVIE INC. SECURITIES LITIGATION | Case No. 3:24-cv-00035-MMD-CSD<br><br>**\| ORDER GRANTING<br>MOTION TO WITHDRAW AS COUNSEL** |

Upon consideration of the Motion to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Jeffrey Block, Jacob Walker, and Sarah Delaney of Block and Leviton LLP; Corey Holzer and Marshall Dees of Holzer & Holzer, LLC; and David O'Mara of the O'Mara Law Firm, PC are hereby withdrawn as counsel of record. The Clerk of the Court is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.

**IT IS SO ORDERED.**

Dated: May 29 _____, 2025

_____
Craig S. Denney
United States Magistrate Judge