**ALDRICH LAW FIRM LTD.**
John Aldrich
7866 West Sahara Avenue
Las Vegas, Nevada 89501
Tel: 702-853-5490
Fax: 702-227-1975
Email: jaldrich@johnaldrichlawfirm.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Plaintiffs*
*and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE BIOVIE INC. SECURITIES LITIGATION | Case No. 3:24-cv-00035-MMD-CSD<br><br>**DECLARATION OF ADAM M. APTON** |

I, Adam M. Apton, declare as follows:

1.     I am a member in good standing of the bar of the State of New York and admitted to practice *pro hac vice* before this Court. I am a partner in the law firm of Levi & Korsinsky, LLP. I submit this Declaration in Support of Plaintiffs' Motion to Strike Confidentiality Designation. I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would competently testify to these facts.

2.     Plaintiffs bring this motion to challenge "Confidential" designations under the terms of the Stipulated Protective Order (ECF No. 63).

3.     In accordance with the Stipulated Protective Order, the undersigned challenged the designations in writing. On February 24, 2026, the parties met-and-conferred to discuss the challenges. The undersigned attended the meeting on behalf of the Plaintiffs. For Defendants, attorneys Marissa Peirsol and Genevieve York-Erwin from Baker & Hostetler LLP attended. The meeting lasted approximately 30 minutes. The parties discussed arguments for and against the

"Confidential" designations but ultimately did not come to a resolution. Ms. York-Erwin called the undersigned an additional time after the meet-and-confer to discuss the designations further but the parties still did not come to an agreement.

4. Attached hereto as Exhibit 1 is a log prepared by Plaintiffs' counsel identifying the documents being challenged. For each document, the log provides an identification (or bates) number, the date of the document, a brief description of the document, and a category to which the document belongs (either a "report" or "correspondence").

5. Attached hereto as Exhibit 2 are true and correct copies of the documents identified in the log described in the immediately preceding paragraph.

6. Attached hereto as Exhibit 3 is a true and correct copy of the letter sent by the undersigned pursuant to the Stipulated Protective Order asserting challenges to the "Confidential" designations for the documents at issue. The letter is dated February 6, 2026 and was sent via electronic mail to counsel for Defendants (who also represents Pitts Quality Consulting) and counsel for GeoSera, Inc.

7. Attached hereto as Exhibit 4 is a true and correct copy of electronic correspondence sent by Defendants' counsel to the undersigned following the parties' meet-and-confer on February 24, 2026. The email is dated February 25, 2026 and provides Defendants' position on each of the documents being challenged (*i.e.*, either the document should remain "Confidential" and protected from public disclosure in full or the document can be produced publicly but in redacted form).

I declare under penalty of perjury that the foregoing statements related to myself are true and correct. Executed this 27th day of February 2026.

_____
ADAM M. APTON

DECLARATION OF ADAM M. APTON