# EXHIBIT 4

**From:**     Peirsol, Marissa A.
**To:**       Adam M Apton
**Cc:**       Devyn Glass; York-Erwin, Genevieve G.; Greene, Douglas W.; Hill, Graycen W.
**Subject:**  [External]RE: BioVie Litigation - Confidential Designations
**Date:**     Wednesday, February 25, 2026 4:11:01 PM

---

Adam – To follow up on our conversation yesterday regarding the documents identified in your February 6 letter regarding confidentiality designations, the following documents are "Confidential" pursuant to the Protective Order—they include sensitive and proprietary business information that belongs to BioVie or other third parties, as well as site and patient information, entitled to protection from public disclosure. Accordingly, BioVie opposes the public filing of these documents in their entirety:

BioVie00008218
BioVie00005146
BioVie00000229
BioVie00001687
BioVie00005143
BioVie00001600
BioVie00011229
BioVie00001602
BioVie00001675
BioVie00001708
BioVie00002133
BioVie00002141
BioVie00002423
BioVie00002342
BioVie00002660
BioVie00002679
BioVie00004520
BioVie00004711
BioVie00008153
BioVie00008613
BioVie00003694
BioVie00003781
BioVie00003433
BioVie00012908
BioVie00013978
BioVie00003691
BioVie00003693
PITTS00002704
PITTS00002712
PITTS00002718
PITTS00004248

Similarly, the followings documents identified in your February 6 letter and listed below contain sensitive information that requires redactions to protect site and patient identifiers from public disclosure and to maintain the confidentiality of sensitive and proprietary information belonging to third parties:

BioVie00002369
BioVie00002618
BioVie00002126
BioVie00002755
BioVie00001686
BioVie00003673
BioVie00003674
BioVie00003690
BioVie00010285
BioVie00010295
BioVie00011291
BioVie00012925
BioVie00011710
BioVie00001601
BioVie00002132
BioVie00002139
BioVie00002341
BioVie00002422
BioVie00002658
BioVie00002677
BioVie00005141
BioVie00008151
BioVie00008612
BioVie00011227
CTRL00000044
CTRL00001477
CTRL00000958
CTRL00000718
CTRL00001149
CTRL00000630
PITTS00002753
PITTS00002701
PITTS00002749

Please let me know if you would like to discuss further.

Thank you,

Marissa

**From:** Adam M Apton <aapton@zlk.com>
**Sent:** Friday, February 6, 2026 4:07 PM
**To:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; William Dudeck <william@reidenbachlaw.com>
**Cc:** Devyn Glass <dglass@zlk.com>; York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>
**Subject:** BioVie Litigation - Confidential Designations

[External Email: Use caution when clicking on links or opening attachments.]

Marissa and William,

Please see the attached letter regarding challenges to the "confidential" designations for documents you provided in this litigation.

Regards,

Adam M. Apton, Esq.
Partner
LEVI&KORSINSKYLLP
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com | www.zlk.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above.  If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended recipient
you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted,
lost, destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result of e-mail transmission.