# EXHIBIT 1
### *Declaration of David E. Morse, Ph.D.*

# EXHIBIT 1
### *Declaration of David E. Morse, Ph.D.*

Patrick G. Byrne (Nevada Bar #7636)
Bradley T. Austin, Esq. (Nevada Bar #13064)
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Tel.  702.784.5200
Fax.  702.784.5252
Email: pbyrne@swlaw.com
        baustin@swlaw.com

Douglas W. Greene (admitted *pro hac vice*)
Genevieve G. York-Erwin (admitted *pro hac vice*)
Marissa A. Peirsol (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY  10111
Telephone:  212.589.4200
Email: dgreene@bakerlaw.com
        gyorkerwin@bakerlaw.com
        mpeirsol@bakerlaw.com

*Attorneys for Defendants BioVie Inc.,*
*Cuong Do, and Joseph Palumbo*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada  89135
702.784.5200

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE BIOVIE INC. SECURITIES LITIGATION | Case No.: 3:24-cv-00035-MMD-CSD<br><br>**DECLARATION OF DAVID E. MORSE, PHD** |

I, David E. Morse, PhD, pursuant to 28 U.S.C. § 1746, declare the following:

1.      I am the Chief Regulatory Officer and Senior Vice President of Defendant BioVie, Inc. ("BioVie"). I have over 35 years of experience in pharmaceutical development and Regulatory Affairs. Prior to working for BioVie, I served as the Vice President of Global Regulatory Affairs and Vice President of Regulatory Strategy for multiple top-tier contract research organization services industry corporations. I have also worked as an Associate Director at the U.S. Food and Drug Administration ("FDA"). I have personal knowledge of the facts stated in this declaration.

2.      BioVie's Statistical Analysis Plan ("SAP") is an operational document that includes descriptions of statistical strategies, scientific analyses, and overall clinical study design that reflect

- 1 -

BioVie's methodological framework and proprietary methods. BioVie expended extensive time and resources engaging with the FDA to reach a consensus regarding the study design and analyses that would be used by the FDA for regulatory decision-making.

3.     The SAP identifies how BioVie prioritizes certain clinical measures and discloses its analytical processes, in which BioVie has invested substantial time and resources to develop.

4.     While BioVie' Phase 3 NM101 clinical trial ("NM101") has concluded, BioVie is still actively developing bezisterim and continues to use and adapt NM101's methodological approaches for its ongoing trials and will do the same for future clinical trials.

5.     The SAP is full of proprietary information that can be used by BioVie's competitors to expedite the development process and study design for competing drugs at BioVie's expense. Disclosure of the SAP to competitors working in the same therapeutic area would give them a substantial advantage, potentially saving a year or more in development time and associated costs.

6.     The version of the SAP at BioVie00005146 is in draft form and thus contains preliminary scientific reasoning and provisional statistical models not intended for use by external third parties.

7.     The SAP is a technical document containing complex scientific and statistical information that is intended for use by regulatory authorities and not the general public.

8.     The Protocol Deviation Plan is a technical document intended for use by study personnel and regulators and not the general public.

9.     Public disclosure of the Protocol Deviation Plan will result in commercial harm to BioVie because its competitors can use the proprietary information contained in the Protocol Deviation Plan to benchmark BioVie's processes and structure competing studies.

10.     The protocol deviation reports ("Deviation Reports") include compilations of trial-related queries that reflect the strategies and metrics outlined in the trial protocol and Protocol Deviation Plan.

11.     The Deviation Reports describe how certain clinical sites departed from the trial protocol, note inconsistencies in data between source materials and databases used for analyses, and rank the deviations according to CRC's and BioVie's internal quality-management framework,

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

002

thereby inherently disclosing aspects of the Protocol Deviation Plan, including the criteria used for classifying deviations.

12. Public disclosure of the Deviation Reports would provide BioVie's competitors with proprietary, strategic information they otherwise would not have, and which they could use to BioVie's detriment, and thus would cause commercial harm to BioVie.

13. The Deviation Reports also contain clinical trial data from NM101, including subject ID numbers and additional sensitive health information specific to individual subjects in the study.

14. The subject ID numbers are linked to descriptions of medical conditions and trial-related events which, taken together, risk identification of specific study subjects. Subject identities could also be deduced across multiple documents produced in this case.

15. The Deviation Reports also include specific site numbers that can be tied back to a particular institution or investigator through trial registry information or other publicly available materials.

16. BioVie provided confidential correspondence to the FDA's Office of Scientific Investigations and Office of Compliance in November 2023, alerting the FDA to suspected scientific misconduct at certain NM101 sites.

17. BioVie engaged Pitts Quality Consulting to audit two NM101 sites in late 2022 and early 2023.

18. GeoSera's draft audit reports in connection with NM101 ("GeoSera Audit Reports") include proprietary information regarding BioVie's trial protocol and clinical study plans, and also study subjects' identifiable information.

19. The GeoSera Audit Reports contain clinical trial data, as well as references to BioVie's trial protocol and standard operating plans, all of which is useful information to BioVie's competitors in developing a competing product. Public disclosure of this information would harm BioVie.

20. The GeoSera Audit Reports were never intended for public use but rather for corporate-decision making and regulatory use.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

003

21.    IRB submissions in connection with clinical trials are not public-facing but rather are part of a protected process for assessing the safety and ethics of the clinical trial and examining patient-facing information.

22.    IRB submissions often concern minor trial protocol deviations that are promptly resolved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13th, 2026 in Earlysville, Virginia.

/s/ David E. Morse
David E. Morse, PhD

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

004