# EXHIBIT 2
## *Declaration of Jeanine Pitts*

# EXHIBIT 2
## *Declaration of Jeanine Pitts*

Patrick G. Byrne (Nevada Bar #7636)
Bradley T. Austin, Esq. (Nevada Bar #13064)
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Tel.  702.784.5200
Fax.  702.784.5252
Email: pbyrne@swlaw.com
      baustin@swlaw.com

Douglas W. Greene (admitted *pro hac vice*)
Genevieve G. York-Erwin (admitted *pro hac vice*)
Marissa A. Peirsol (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY  10111
Telephone:  212.589.4200
Email: dgreene@bakerlaw.com
      gyorkerwin@bakerlaw.com
      mpeirsol@bakerlaw.com

*Attorneys for Defendants BioVie Inc.,*
*Cuong Do, and Joseph Palumbo*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE BIOVIE INC. SECURITIES LITIGATION | Case No.: 3:24-cv-00035-MMD-CSD |
| | **DECLARATION OF JEANINE PITTS** |

I, Jeanine Pitts, pursuant to 28 U.S.C. § 1746, declare the following:

1.    I am the founder of Pitts Quality Consulting, which is a Quality Auditing and Consulting business. I have more than 18 years' experience in quality assurance in the pharmaceutical industry. I have been RQAP-GCP certified since 2017. I am currently the Sr. Director Quality for Arthrosi Therapeutics, Inc. I have personal knowledge of the facts stated in this declaration.

2.    In the pharmaceutical industry, a protocol deviation plan is known to be an operational document that sets forth standard operating procedures, including proprietary strategies and metrics for executing and reporting in a clinical trial.

- 1 -

005

3.    A protocol deviation plan essentially serves as an extension of the trial protocol and outlines internal and repeatable quality-management processes and operating procedures that can be used in ongoing and future studies with similar risk-based approaches.

4.    BioVie, Inc. ("BioVie") engaged Pitts Quality Consulting to audit two Phase 3 NM101 clinical trial ("NM101") sites in late 2022 and early 2023. As a result of this engagement, I prepared audit reports ("Pitts Audit Reports").

5.    The Pitts Audit Reports contain clinical trial data, as well as references to BioVie's trial protocol and standard operating plans, all of which is useful information to BioVie's competitors in developing a competing product.

6.    Even the specific vendors used for NM101, as identified in the Pitts Audit Reports, are non-public, proprietary information that is not shared without a drug sponsor's consent, because it can be used by competitors to gain an advantage in the execution of their respective studies, resulting in commercial harm.

7.    I also took notes in connection with my audit work. My notes include the same types of confidential information contained in the Pitts Audit Reports. My notes (PITTS00004248) also include snippets and screenshots of Cognitive Research Corporation's ("CRC") standard operating procedures, and references to the same, throughout the document.

8.    It is my belief that disclosure of CRC's standard operating procedures would harm CRC by giving competitors direct access to their internal processes.

9.    Some of my email correspondence to BioVie regarding the audits also contain clinical trial data and other useful information to BioVie's competitors in developing competing products. These documents also contain subject identifiers and NM101 site identifiers, which could reveal the identities of trial participants and clinical sites.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 12th, 2026 in New York, New York.

/s/ Jeanine Pitts
Jeanine Pitts

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200