# EXHIBIT 3
*Defendant's Proposed Redactions*

# EXHIBIT 3
*Defendant's Proposed Redactions*

**INDEX OF EXHIBIT 3**

| Bates Number | Exhibit Page Number |
|---|---|
| BioVie00002126 | 2 |
| BioVie00002139 | 3 |
| BioVie00002341 | 5 |
| BioVie00002369 | 6 |
| BioVie00002618 | 7 |
| BioVie00002677 | 8 |
| BioVie00002755 | 10 |
| BioVie00003690 | 12 |
| BioVie00010285 | 13 |
| BioVie00010295 | 16 |
| BioVie00011291 | 22 |
| BioVie00011710 | 24 |
| BioVie00012925 | 26 |
| CTRL00000044 | 29 |
| CTRL00000630 | 32 |
| CTRL00000718 | 33 |
| CTRL00000958 | 35 |
| CTRL00001149 | 36 |
| CTRL00001477 | 37 |
| PITTS00002701 | 70 |
| PITTS00002749 | 73 |
| PITTS00002753 | 77 |

Message

---

| | |
|---|---|
| **From:** | Jeanine Pitts [jeanine@pittsqc.com] |
| **Sent:** | 12/28/2022 5:11:30 PM |
| **To:** | Joseph Djan [jdjan@bioviepharma.com]; Flynn Eldred [feldred@bioviepharma.com] |
| **Subject:** | NM101 site audit - ██████ site 145 - Day 1 summary |

**Importance:**    High

## External Email

Hi Joseph and Flynn,

I wanted to give you a heads up on some initial findings after finishing the first day of the audit. Today consisted of PI and staff opening meeting, PI interview, facility tour, a review of the majority of the ICFs, full review of subject ████ ████ source documents, and review of rater training.

**Potentially a critical finding:**

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

████████████ was selected after I had asked the site if there were any family members on the study. It was noted that there were many similar last names as those in the study staff. However, they were all very common names.

-------------------

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Other potential findings were noted, along with some questionable-looking copies of C-SSRS certificates.

Please let me know if you have any questions or any additional directions for day 2.

Jeanine Pitts, RQAP-GCP
Owner and President



jeanine@pittsqc.com
www.pittsqc.com
619-865-1318
Schedule a meeting:
https://calendly.com/jeaninepqc

 

008

CONFIDENTIAL

Message
_____

| | |
|---|---|
| **From:** | Navid Aanzum Samad [nsamad@bioviepharma.com] |
| **Sent:** | 12/1/2022 3:41:10 AM |
| **To:** | Joseph Djan [jdjan@bioviepharma.com] |
| **CC:** | Joseph Palumbo [JPalumbo@bioviepharma.com]; Chris Reading [creading@bioviepharma.com]; Clarence Ahlem [cahlem@bioviepharma.com]; Susan Pickell [spickell@bioviepharma.com] |
| **Subject:** | Re: NM101 Protocol Deviation Report |
| **Attachments:** | NM101 RedCap Protocol Deviation Report 28Nov2022 NS.xlsx |

Hi Joe:

Suggestions added to OCT and NOV tabs

[a] some of the PV description should be more robust (indicated in spreadsheet)

[b] site███seems to have missed/ mishandled at least one screening assessment for almost all patient screened - would ask about site-level corrective action

[c] In few, requested additional clarification

Thanks

Navid

_____

**From:** Heather Yocum <hyocum@cogres.com>
**Sent:** Monday, November 28, 2022 4:18 PM
**To:** Joseph Palumbo <JPalumbo@bioviepharma.com>; Joseph Djan <jdjan@bioviepharma.com>; Chris Reading <creading@bioviepharma.com>; Navid Aanzum Samad <nsamad@bioviepharma.com>; Clarence Ahlem <cahlem@bioviepharma.com>
**Cc:** Ariana Burga <aburga@cogres.com>
**Subject:** NM101 Protocol Deviation Report

**External Email**

Hi All,

Attached is the protocol deviation report.

All newly reported deviations are on a new tab named 28Nov2022.

Let me know if you have any comments/issues that need to be addressed.

Thanks

**Heather Yocum**
Associate Project Manager
Cognitive Research Corporation
610-761-1146
hyocum@cogres.com

*Cognitive Research Corporation*

*Cognitive Drug Development* ⚬ *CNS Safety Studies* ⚬ *Advanced Psychometric Technologies* ⚬ *Specialized Cognitive Studies*

This communication, including attachments, may contain information that is proprietary, confidential and/or privileged. The information transmitted is intended only for the person or entity to which it is addressed. If you are not the intended recipient or you believe that you have received this communication in error, please notify

009

the sender immediately by return e-mail and promptly delete this e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, or the taking of any action in reliance on the contents of the contained information, is strictly prohibited and may be unlawful.

The contents of this e-mail and attachments, if any, is confidential and solely intended for the use of the addressee. If you receive this e-mail in error, then we kindly request you to notify the sender thereof immediately, and to delete the e-mail and the attachments without printing, copying or distributing any of those.  The publication, copying whole or in part or use or dissemination in any other way of the e-mail and attachments by others than the intended person(s) is prohibited. The sender cannot guarantee the security of electronic communication and is not liable for any negative consequence of the use of electronic communication, including but not limited to, damage as a result of in or non-complete delivery or delay in delivery of any e-mail; the text of the e-mail as sent is decisive.

010

CONFIDENTIAL

BioVie00002140

Message

| | |
|---|---|
| **From:** | Heather Yocum [hyocum@cogres.com] |
| **Sent:** | 10/31/2022 5:24:57 PM |
| **To:** | Joseph Palumbo [JPalumbo@bioviepharma.com]; Joseph Djan [jdjan@bioviepharma.com]; Chris Reading [creading@bioviepharma.com]; Navid Aanzum Samad [nsamad@bioviepharma.com]; Clarence Ahlem [cahlem@bioviepharma.com] |
| **CC:** | Ariana Burga [aburga@cogres.com] |
| **Subject:** | NM101 Protocol Deviation Report |
| **Attachments:** | NM101 RedCap Protocol Deviation Report 31Oct2022.xlsx |

**External Email**

Hi All,

Attached is the protocol deviation report.

All newly reported deviations are on a new tab named 31Oct2022.

The 2 instances of MMSE scores being were off were data entry errors and not deviations.

The major deviation for subject ▮▮▮▮▮ that needed additional clarification has been updated on the 31Oct2022 page.

Let me know if you have any comments/issues that need to be addressed.

Thanks

**Heather Yocum**
Associate Project Manager
Cognitive Research Corporation
610-761-1146
hyocum@cogres.com

*Cognitive Research Corporation*

*Cognitive Drug Development ▮ CNS Safety Studies ▮ Advanced Psychometric Technologies ▮ Specialized Cognitive Studies*

This communication, including attachments, may contain information that is proprietary, confidential and/or privileged. The information transmitted is intended only for the person or entity to which it is addressed. If you are not the intended recipient or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, or the taking of any action in reliance on the contents of the contained information, is strictly prohibited and may be unlawful.

011

BioVie00002341

Message

| | |
|---|---|
| **From:** | Lauren Baehr [lbaehr@cogres.com] |
| **Sent:** | 11/9/2022 12:43:10 PM |
| **To:** | ███████████████████████ |
| **CC:** | Tom Hochadel [tomhochadel@cogres.com]; Eva Kemper [ekemper@cogres.com]; Heather Yocum [hyocum@cogres.com]; Ariana Burga [aburga@cogres.com]; Joseph Djan [jdjan@bioviepharma.com]; asmith@ergclinical.com; pselvarajah@ergclinical.com |
| **Subject:** | NeurMedix (BioVie) NM101 Enrollment Hold |

**External Email**

Dear █████████,

We have reviewed your responses to the reasons for the NM101 enrollment hold at your site. At this time, we are requesting that you provide a CAPA plan to address a lack of PI oversight on the NM101 study. Specifically, we need to know how you plan to ensure and demonstrate PI oversight so CRC and BioVie feel confident that the subjects currently enrolled in the NM101 trial may safely continue. Additionally, it is imperative that you meet with █████████, the CRA assigned to your sight, at the next scheduled monitoring visit.

We are requesting a first draft of the CAPA no later than next Wednesday, November 16. Please let me know if you have questions or are in need of additional information regarding these requests.

Sincerely,

*Lauren E. Baehr, BA, CCRC, RAC*
Quality Assurance Manager
Cognitive Research Corporation
lbaehr@cogres.com
Cell: 407-718-1098


## Cognitive Research Corporation

Cognitive Drug Development ※ CNS Safety Studies ※ Advanced Psychometric Technologies ※ Specialized Cognitive Studies
200 Central Avenue, Suite 1200 ※ Saint Petersburg, FL 33701
P: 727-897-9000 ※ F: 727-897-9009

This communication, including attachments, may contain information that is proprietary, confidential and/or privileged. The information transmitted is intended only for the person or entity to which it is addressed. If you are not the intended recipient or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, or the taking of any action in reliance on the contents of the contained information, is strictly prohibited and may be unlawful.

CONFIDENTIAL

BioVie00002369

Message

**From:**     cirbi@advarra.com [cirbi@advarra.com]
**Sent:**     11/15/2022 10:13:21 AM
**To:**       Ellen Stevens [estevens@bioviepharma.com]; NSchlabach@cogres.com; ███████████ Kassiie Smith [ksmith@cogres.com]; Ariana Burga [aburga@cogres.com]; hyocum@cogres.com; Paul TanPiengco [ptanpiengco@bioviepharma.com]; Susan Pickell [spickell@bioviepharma.com]; Jessica Burke [jessicaburke@cogres.com]; omorris@cogres.com; ███████████ mrodriguez@cogres.com; akersey@cogres.com; ███████████ Joseph Djan [jdjan@bioviepharma.com]; aharwell@cogres.com
**Subject:**  IRB Message Re: Protocol Deviation - ███████████ - NM101

## External Email

| CIRBI Link: | PRE00685771 |
| --- | --- |
| Submission: | Protocol Deviation - ███████████ - NM101 |
| Protocol Title: | A Phase 3, Double blind, Randomized, Placebo controlled, Parallel Group, Multicenter Study of NE3107 in Subjects Who Have Mild to Moderate Probable Alzheimer's Disease |
| From: | Advarra IRB |
| Attachment(s): | There are no items to display |

Good morning,

The IRB has suspended enrollment effective immediately due to consistent with the Sponsor plan. This suspension will remain in place pending the submission of correspondence from the Sponsor indicating that the enrollment hold has been lifted. Formal IRB documentation to follow, once ready to be released.

Thank you.

Kind Regards,
Karen Pinga
2064363267

Please click on the CIRBI link PRE00685771 to login and use the **Contact IRB** to respond.

This communication and its attachments contain information from Advarra, Inc. or one of its subsidiaries, and is intended for the exclusive use of the recipient(s) named above. It may contain information that is confidential and/or legally privileged. Any unauthorized use that may compromise that confidentiality via distribution or disclosure is prohibited. Please notify the sender immediately if you receive this communication in error, and delete it from your computer system. Usage of Advarra IRB email addresses for non-business related activities is strictly prohibited.

Template:PRE_A_Contact Client

013

Message
_____

**From:** Joseph Djan [jdjan@bioviepharma.com]
**Sent:** 9/1/2022 11:06:34 PM
**To:** Navid Aanzum Samad [nsamad@bioviepharma.com]
**Subject:** FW: NM101 Protocol Deviation Report
**Attachments:** NM101 RedCap Protocol Deviation Report 31Aug2022.xlsx


Hi Navid.

I just noted that CRC sent this to someone else instead of you.  Please see attached and below.

Thanks,

Joe.

---
Mobile: +1 858-381-7058
jdjan@bioviepharma.com

........................................................................................................

**From:** Ariana Burga <aburga@cogres.com>
**Date:** Thursday, September 1, 2022 at 9:30 AM
**To:** Joseph Djan <jdjan@bioviepharma.com>, Clarence Ahlem <cahlem@bioviepharma.com>, Chris Reading <creading@bioviepharma.com>, nvatakis@spristudy.com <nvatakis@spristudy.com>, Joseph Palumbo <JPalumbo@bioviepharma.com>
**Cc:** Eva Kemper <ekemper@cogres.com>, Heather Yocum <hyocum@cogres.com>
**Subject:** NM101 Protocol Deviation Report

**External Email**

Good afternoon Biovie Team!

Attached please find the updated Protocol Deviation Report. As a reminder, we'll be utilizing the last 30 minutes of tomorrow's call to go over these and classify them. Let us know if you have any questions

Here is a summary of updates included in this report:
- ███████ PD removed due to SDV (site entered in error, CRA SDV'd)
- ███████ New PD
- ███████ New PD
- ███████ New PD
- ███████ New PD

Best,
Ariana

Ariana Burga, MMS
Associate Project Manager
Cognitive Research Corporation
200 Central Avenue, Suite 1200
Saint Petersburg, FL 33701
Office 727-897-9000
Fax 727-897-9009

014

CONFIDENTIAL                                                                                           BioVie00002677

aburga@cogres.com

## Cognitive Research Corporation

*Cognitive Drug Development* ▓ *CNS Safety Studies* ▓ *Advanced Psychometric Technologies* ▓ *Specialized Cognitive Studies*

This communication, including attachments, may contain information that is proprietary, confidential and/or privileged. The information transmitted is intended only for the person or entity to which it is addressed. If you are not the intended recipient or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, or the taking of any action in reliance on the contents of the contained information, is strictly prohibited and may be unlawful.

015

CONFIDENTIAL

BioVie00002678

Message
_____

| | |
|---|---|
| **From:** | cirbi@advarra.com [cirbi@advarra.com] |
| **Sent:** | 7/18/2023 12:01:21 PM |
| **To:** | astevens@cogres.com; Lindy Carter [lcarter@cogres.com]; NSchlabach@cogres.com; Kassiie Smith [ksmith@cogres.com]; Ariana Burga [aburga@cogres.com]; hyocum@cogres.com; Paul TanPiengco [ptanpiengco@bioviepharma.com]; Susan Pickell [spickell@bioviepharma.com]; swalaker@cogres.com; omorris@cogres.com; mrodriguez@cogres.com; cderonvil@cogres.com; Austin Kersey [akersey@cogres.com]; ▮▮▮▮▮ Joseph Djan [jdjan@bioviepharma.com]; ▮▮▮▮▮ josgood@cogres.com; ▮▮▮▮▮ cwatson@cogres.com; aharwell@cogres.com |
| **Subject:** | IRB Acknowledgement: Protocol Deviation - ▮▮▮▮▮ NM101 |

## External Email

_____

Prompt Reporting Event Acknowledgement

CIRBI Link: PRE00777424

The following report submitted on 7/18/2023 for the below referenced protocol was received by our IRB.   If additional action is required, you will be contacted.

Please note that if this is a report of an external SAE (e.g., IND Safety Reports, SUSARs) that represents *an unanticipated problem involving risks to subjects or others*, then please resubmit the report as an unanticipated problem.  Otherwise, keep this notice as acknowledgement of receipt only.

Thank you,
Advarra IRB

**Protocol:** BioVie, Inc. - NM101

**Protocol Title:** A Phase 3, Double blind, Randomized, Placebo controlled, Parallel Group, Multicenter Study of NE3107 in Subjects Who Have Mild to Moderate Probable Alzheimer's Disease

**Principal Investigator:** ▮▮▮▮▮

**Type of Submission:** Protocol Deviations/Violations/Exceptions related to the informed consent process or subject safety

**Subject Number (if applicable):** ▮▮▮▮▮

**Date of Identification of Event (if applicable):**   7/17/2023

**Event Description (if applicable):** Subject discard the IP by mistake.

**Attachments Included (if applicable):**
There are no items to display

There are no items to display

016

CONFIDENTIAL                                                                                         BioVie00002755

*This communication and its attachments contain information from Advarra, Inc. or one of its subsidiaries, and is intended for the exclusive use of the recipient(s) named above. It may contain information that is confidential and/or legally privileged. Any unauthorized use that may compromise that confidentiality via distribution or disclosure is prohibited. Please notify the sender immediately if you receive this communication in error, and delete it from your computer system.  Usage of Advarra IRB email addresses for non-business related activities is strictly prohibited.*

*Template:PRE_A_Submit PRE (SAE or PV)*

017

BioVie00002756

Message
_____

**From:**        John Carlos Diaz [johndiaz@geosera.com]
**Sent:**        8/18/2023 11:21:42 AM
**To:**          Flynn Eldred [feldred@bioviepharma.com]; David Morse [dmorse@bioviepharma.com]
**CC:**          Regina Myers [RMyers@bioviepharma.com]; Annette Ferrell [annetteferrell@geosera.com]
**Subject:**     GeoSera: site█████████ reports - 18Aug2023
**Attachments:** Site █ 14-15AUG2023 Data QC Summary.docx; Site █ 16AUG2023 Data QC Summary.docx; Site █ 08-09AUG2023 Data QC summary.docx

**Flag:**        Follow up

## External Email

Hi Flynn/David,

Attached are the Language Data QC reports for site █████████

Now that BioVie has seen a few reports, is there anything that we can add to our reports that would help BioVie?

We will not finalize our reports until we get feedback from BioVie.

GeoSera
*John Carlos Diaz MS*
**President and Owner**
johndiaz@geosera.com
Mobile: +1.484.568.3952

Executive Assistant: *Aubrey Sinn*
aubreysinn@geosera.com

018

CONFIDENTIAL

Message

---

**From:** David Morse [dmorse@bioviepharma.com]
**Sent:** 9/28/2023 12:51:56 PM
**To:** Regina Myers [RMyers@bioviepharma.com]; Joseph Djan [jdjan@bioviepharma.com]; Paul TanPiengco [ptanpiengco@bioviepharma.com]; Flynn Eldred [feldred@bioviepharma.com]
**CC:** David Morse [dmorse@bioviepharma.com]
**Subject:** RE: GeoSera: Language QC visit for site █

I agree. This is regarding CRA activity which is covered under the GeoSera SOW1.

David Morse, PhD
dmorse@bioviepharma.com



**From:** Regina Myers <RMyers@bioviepharma.com>
**Sent:** Thursday, September 28, 2023 12:40 PM
**To:** Joseph Djan <jdjan@bioviepharma.com>; Paul TanPiengco <ptanpiengco@bioviepharma.com>; Flynn Eldred <feldred@bioviepharma.com>; David Morse <dmorse@bioviepharma.com>
**Subject:** Re: GeoSera: Language QC visit for site █

Hi all,

Following up on this as well. After re-reading, I believe this might be for Paul and Joe to manage as well. Please let me know when a response has been provided so I can close this action item.

Thanks,
Regina

Regina Myers
Program Manager
rmyers@bioviepharma.com
+1.717.314.1587
Eastern Standard Time based

---

**From:** Regina Myers <RMyers@bioviepharma.com>
**Date:** Monday, September 25, 2023 at 11:51 AM
**To:** John Carlos Diaz <johndiaz@geosera.com>, Joseph Djan <jdjan@bioviepharma.com>, Paul TanPiengco <ptanpiengco@bioviepharma.com>, Flynn Eldred <feldred@bioviepharma.com>, David Morse <dmorse@bioviepharma.com>
**Cc:** Tani Williams <taniwilliams@geosera.com>, Annette Ferrell <annetteferrell@geosera.com>
**Subject:** Re: GeoSera: Language QC visit for site █

019

CONFIDENTIAL                                                                 BioVie00010285

Thank you John. I have a call with our team scheduled for this afternoon and we will discuss this matter and get back to you by 4pm today.

Thanks,
Regina



Regina Myers
Program Manager
rmyers@bioviepharma.com
+1.717.314.1587
Eastern Standard Time based

**From:** John Carlos Diaz <johndiaz@geosera.com>
**Date:** Monday, September 25, 2023 at 11:41 AM
**To:** Joseph Djan <jdjan@bioviepharma.com>, Paul TanPiengco <ptanpiengco@bioviepharma.com>, Flynn Eldred <feldred@bioviepharma.com>, David Morse <dmorse@bioviepharma.com>
**Cc:** Regina Myers <RMyers@bioviepharma.com>, Tani Williams <taniwilliams@geosera.com>, Annette Ferrell <annetteferrell@geosera.com>
**Subject:** GeoSera: Language QC visit for site

**External Email**

Hi BioVie team,

I hope that you enjoyed your weekend!

Tani Williams GeoSera CRA, is onsite to wrap up the Language Data QC and Patient Consistency this week and we have the following issues.

Details:
- The site is so highly disorganized with no clear filing structure that it takes our CRAs 3x as long to get our tasks completed.  Meaning that a CRA can review 8-10 patients per day at any other site, a CRA can get through 2-3 patients per day at site █████
- Tani/GeoSera CRA is onsite from Tues-Thurs (26-28Sep)
- Due to the disorganization of site ████ we will not be able to get all our contractually obligated tasks for site ████

Questions for BioVie:
- Knowing that GeoSera will not get through all our responsibilities and site ███ will most likely not be included in the final data analysis for a myriad of reasons, do you want GeoSera to schedule another visit at site ████
- If no, below is the list of priority data that I would think BioVie would want GeoSera to review:
1. Assessment languages per visit
2. MMSE, ADAS-Cog and CDR scores at V1 and V2
3. ICF languages per patient (some patients have 10 consents which is why this QC effort takes so long at this site)
4. Patient consistency and MRI review
- Based on my conversations with Tani/GeoSera CRA, we most likely will only get through #1 and #2 completely and partially complete #3 and most likely will not be able to tackle #4.  Is this acceptable?

020

BioVie00010286

Excuse the long-winded email but I wanted to fully paint the picture of our efforts versus GeoSera-BioVie SOW versus value add of future GeoSera CRA visits.

Thank you!

## GeoSera
*John Carlos Diaz MS*
*President and Owner*
johndiaz@geosera.com
Mobile:  +1.484.568.3952

*Executive Assistant: Aubrey Sinn*
aubreysinn@geosera.com

---

The contents of this e-mail and attachments, if any, is confidential and solely intended for the use of the addressee. If you receive this e-mail in error, then we kindly request you to notify the sender thereof immediately, and to delete the e-mail and the attachments without printing, copying or distributing any of those.  The publication, copying whole or in part or use or dissemination in any other way of the e-mail and attachments by others than the intended person(s) is prohibited. The sender cannot guarantee the security of electronic communication and is not liable for any negative consequence of the use of electronic communication, including but not limited to, damage as a result of in or non-complete delivery or delay in delivery of any e-mail; the text of the e-mail as sent is decisive.

021

CONFIDENTIAL

Message
_____

**From:**      Paul TanPiengco [ptanpiengco@bioviepharma.com]
**Sent:**      9/28/2023 5:44:15 PM
**To:**        David Morse [dmorse@bioviepharma.com]; Regina Myers [RMyers@bioviepharma.com]; Flynn Eldred
               [feldred@bioviepharma.com]; Joseph Djan [jdjan@bioviepharma.com]
**Subject:**   RE: GeoSera: NM101 - Site ██ future CRA visits

Agreed.

Did GeoSera already complete the language matrix for ██? If not, we would need GeoSera to complete the matrix.

bioVie

Paul TanPiengco
Senior Director Clinical Operations
ptanpiengco@bioviepharma.com
Cell: 818-564-5414

Attention:
The information contained in this email is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material; unauthorized use of this information is prohibited. If you have received this in error, please notify the sender and delete the material immediately. Thank you.

_____

**From:** David Morse <dmorse@bioviepharma.com>
**Sent:** Thursday, September 28, 2023 12:39 PM
**To:** Paul TanPiengco <ptanpiengco@bioviepharma.com>; Regina Myers <RMyers@bioviepharma.com>; Flynn Eldred <feldred@bioviepharma.com>; Joseph Djan <jdjan@bioviepharma.com>
**Cc:** David Morse <dmorse@bioviepharma.com>
**Subject:** RE: GeoSera: NM101 - Site ██ future CRA visits

Paul

All together too logical.

However, if we are now going to try and utilize the FDG-PET data (in an exploratory analysis scenario), we are going to likely want all the language consistency and scales data also.

And yes, ██ is going to undergo a full audit – as cancellation at this point will still incur the costs (but retrieve no information). We have a lot of 'nails in the coffin lid' for site ██ but it's link to other sites and therefore what common pattern of misadventures might be shared by those related sites is still being revealed.

Gotta love it when things all come together ---

Regards,  David

CONFIDENTIAL                                                    BioVie00010295

David Morse, PhD
dmorse@bioviepharma.com



**From:** Paul TanPiengco <ptanpiengco@bioviepharma.com>
**Sent:** Thursday, September 28, 2023 2:45 PM
**To:** Regina Myers <RMyers@bioviepharma.com>; Flynn Eldred <feldred@bioviepharma.com>; David Morse <dmorse@bioviepharma.com>; Joseph Djan <jdjan@bioviepharma.com>
**Cc:** David Morse <dmorse@bioviepharma.com>
**Subject:** RE: GeoSera: NM101 - Site ███ future CRA visits

I thought David mentioned site ███ Audit would be paid whether or not it was going to be done so might as well get the additional info.

The only thing we would probably want from ███ concerning SOW1 is the language matrix unless it is confirmed their data will not be used.  If we are not going to use any scales data from this site, we would probably not need the language matrix either.

bioVie

Paul TanPiengco
Senior Director Clinical Operations
ptanpiengco@bioviepharma.com
Cell: 818-564-5414

Attention:
The information contained in this email is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material; unauthorized use of this information is prohibited. If you have received this in error, please notify the sender and delete the material immediately. Thank you.

**From:** Regina Myers <RMyers@bioviepharma.com>
**Sent:** Thursday, September 28, 2023 11:41 AM
**To:** Flynn Eldred <feldred@bioviepharma.com>; Paul TanPiengco <ptanpiengco@bioviepharma.com>; David Morse <dmorse@bioviepharma.com>; Joseph Djan <jdjan@bioviepharma.com>
**Cc:** David Morse <dmorse@bioviepharma.com>
**Subject:** Re: GeoSera: NM101 - Site ███ future CRA visits

Hi Paul,

I believe David weighed in to say that decision was under the SOW 1 which was managed by you and Joe 😊 Please let me know if you have any other questions. The QC follow up visit for site ███ s scheduled for October 26 as per John Carlos' email below.

023

BioVie00010296

Thanks,
Regina



Regina Myers
Program Manager
rmyers@bioviepharma.com
+1.717.314.1587
Eastern Standard Time based

---

**From:** Flynn Eldred <feldred@bioviepharma.com>
**Date:** Thursday, September 28, 2023 at 2:30 PM
**To:** Paul TanPiengco <ptanpiengco@bioviepharma.com>, Regina Myers <RMyers@bioviepharma.com>, David Morse <dmorse@bioviepharma.com>, Joseph Djan <jdjan@bioviepharma.com>
**Cc:** David Morse <dmorse@bioviepharma.com>
**Subject:** RE: GeoSera: NM101 - Site ▮▮ future CRA visits

Hey Paul,

See responses below.

Regards,
Flynn



Flynn Eldred, MBA
VP, Head of Quality

---

**From:** Paul TanPiengco <ptanpiengco@bioviepharma.com>
**Sent:** Thursday, September 28, 2023 1:33 PM
**To:** Regina Myers <RMyers@bioviepharma.com>; David Morse <dmorse@bioviepharma.com>; Joseph Djan <jdjan@bioviepharma.com>; Flynn Eldred <feldred@bioviepharma.com>
**Cc:** David Morse <dmorse@bioviepharma.com>
**Subject:** RE: GeoSera: NM101 - Site ▮▮ future CRA visits

Couple of questions:
For site ▮▮

- Has GeoSera already QC's the site and this is referring to a second QC visit?
  ○ If 'yes': how many of the ▮▮ patients had the QC review and has the language matrix been completed? Yes complete, 14 subjects were reviewed.
- It sounds like the audits are occurring Oct 17th, while Language/QC is scheduled for Oct 26th..correct? Per the update from GeoSera this morning, audit is scheduled 10/17-10/19. Nothing scheduled for 10/26.

For site ▮▮

024

BioVie00010297

- I believe David has already weighed-in.



Paul TanPiengco
Senior Director Clinical Operations
ptanpiengco@bioviepharma.com
Cell: 818-564-5414

Attention:
The information contained in this email is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material; unauthorized use of this information is prohibited. If you have received this in error, please notify the sender and delete the material immediately. Thank you.

**From:** Regina Myers <RMyers@bioviepharma.com>
**Sent:** Thursday, September 28, 2023 9:19 AM
**To:** David Morse <dmorse@bioviepharma.com>; Joseph Djan <jdjan@bioviepharma.com>; Paul TanPiengco <ptanpiengco@bioviepharma.com>; Flynn Eldred <feldred@bioviepharma.com>
**Cc:** David Morse <dmorse@bioviepharma.com>
**Subject:** Re: GeoSera: NM101 - Site ███ future CRA visits

Hi all,

Following up on this to close the loop in the meeting minutes. Has this been decided/determined?

Regina



Regina Myers
Program Manager
rmyers@bioviepharma.com
+1.717.314.1587
Eastern Standard Time based

**From:** David Morse <dmorse@bioviepharma.com>
**Date:** Monday, September 25, 2023 at 10:09 PM
**To:** Joseph Djan <jdjan@bioviepharma.com>, Paul TanPiengco <ptanpiengco@bioviepharma.com>, Flynn Eldred <feldred@bioviepharma.com>
**Cc:** Regina Myers <RMyers@bioviepharma.com>, David Morse <dmorse@bioviepharma.com>
**Subject:** RE: GeoSera: NM101 - Site ███ future CRA visits

Joe D and Paul

025

To my mind the addition of a co-monitor is fine.  However, SOW1 is your budget responsibility.  So – up to you two.

Regards,  David


David Morse, PhD
dmorse@bioviepharma.com





---

**From:** John Carlos Diaz <johndiaz@geosera.com>
**Sent:** Monday, September 25, 2023 1:14 PM
**To:** Joseph Djan <jdjan@bioviepharma.com>; Paul TanPiengco <ptanpiengco@bioviepharma.com>; David Morse <dmorse@bioviepharma.com>; Flynn Eldred <feldred@bioviepharma.com>
**Cc:** Regina Myers <RMyers@bioviepharma.com>; Annette Ferrell <annetteferrell@geosera.com>
**Subject:** GeoSera: NM101 - Site ▉▉ future CRA visits

**External Email**

Hi team,

We have another situation where a CRA visit at site ▉▉ where our visit on 19Sep, was cancelled due to weather and the first available date was 26Oct.

Details:
- Site ▉▉ enrolled ▉ patients
- GeoSera will have 2 auditors on site from 17-19Oct.
- GeoSera CRAs will not be able to complete our contractual responsibilities for Language Data QC after our 26Oct visit is completed.
- Site ▉▉ based off our first visit, appears to be a well-organized and efficient site who complies with GCP and SOPs

Questions:
- Shall GeoSera schedule more CRA time after 26Oct or shall we just get as much done by 26Oct for site ▉▉
- If no, below is the same list of priority data that I would think BioVie would want GeoSera to review as presented to BioVie for site ▉▉
1. Assessment languages per visit
2. MMSE, ADAS-Cog and CDR scores at V1 and V2
3. ICF languages per patient
4. Patient consistency and MRI review
- If we have a co-monitor onsite, we are confident that we can get all, #1-#4 completed.  Do you approve a co-monitor for site ▉▉ on 26Oct?

I look forward to hearing from you!

GeoSera
*John Carlos Diaz MS*
**President and Owner**

CONFIDENTIAL

johndiaz@geosera.com
Mobile:  +1.484.568.3952

Executive Assistant: *Aubrey Sinn*
aubreysinn@geosera.com

---

The contents of this e-mail and attachments, if any, is confidential and solely intended for the use of the addressee. If you receive this e-mail in error, then we kindly request you to notify the sender thereof immediately, and to delete the e-mail and the attachments without printing, copying or distributing any of those.  The publication, copying whole or in part or use or dissemination in any other way of the e-mail and attachments by others than the intended person(s) is prohibited. The sender cannot guarantee the security of electronic communication and is not liable for any negative consequence of the use of electronic communication, including but not limited to, damage as a result of in or non-complete delivery or delay in delivery of any e-mail; the text of the e-mail as sent is decisive.

027

CONFIDENTIAL                                                                                           BioVie00010300

Message
_____

**From:** David Morse [dmorse@bioviepharma.com]
**Sent:** 9/22/2023 2:46:01 PM
**To:** Cuong Do [cdo@bioviepharma.com]; Joseph Palumbo [JPalumbo@bioviepharma.com]
**CC:** David Morse [dmorse@bioviepharma.com]
**Subject:** RE: NM101: Audit of sites ███████

A quick update –

Based on some quick negotiations, we should have the audit report for site ████ before the end of Oct.  As a result, and after discussion with Lixia, we will still be able to freeze the dataset and unblind during the first 10 days of Nov.

Regards,  David


David Morse, PhD
dmorse@bioviepharma.com


bioVie


**From:** David Morse <dmorse@bioviepharma.com>
**Sent:** Friday, September 22, 2023 12:51 PM
**To:** Cuong Do <cdo@bioviepharma.com>; Joseph Palumbo <JPalumbo@bioviepharma.com>
**Cc:** David Morse <dmorse@bioviepharma.com>
**Subject:** FW: NM101: Audit of sites ██████

Cuong and Joe

To paraphrase what is in the preceding email, site ████ (a key issue in yesterdays update mtg) is refusing access to the audit team before 23-24 OCT.  While BioVie may be able to apply pressure (I'll discuss with Joe D and Paul) we may not get earlier access.  Instead, we will try to expedite the audit report.  The inclusion/exclusion decision regarding site ████ will either be a "late development" in the analysis of the NM101 study results, or we may have to make the decision based solely on the QC/SDV report when finalized.

Regards,  David


David Morse, PhD
dmorse@bioviepharma.com


bioVie


**From:** John Carlos Diaz <johndiaz@geosera.com>
**Sent:** Friday, September 22, 2023 12:17 PM

028

CONFIDENTIAL

**To:** David Morse <dmorse@bioviepharma.com>
**Cc:** Annette Ferrell <annetteferrell@geosera.com>; Aubrey Sinn <aubreysinn@geosera.com>; Flynn Eldred <feldred@bioviepharma.com>
**Subject:** NM101: Audit of site 145 on 03Oct-06Oct and audit of site ▇

## External Email

Hi David,

I just tried to call you back and wanted to email you to loop in Annette.

Unfortunately, the best we can do for site ▇ based on their availability is 23-24Oct2023.  The site confirmed quite vehemently that we are not able to get on site at site ▇ on 03Oct-06Oct and the best that the site can do is 23-24Oct.

The only option to move up the site ▇ audit is a call from BioVie to push the site/kindly nudge the site to give us availability however, the issue is that we have other site audits scheduled that will have to be moved to accommodate site ▇

I also got your voicemail regarding the completion of the audit for site ▇ which is scheduled for 03Oct-06Oct.  Shall we continue with the finalization/completion of the audit for site ▇

I do regret to inform you that if we do cancel the site ▇ audit for 03-06Oct, GeoSera will unfortunately have to bill BioVie for lost income and rebooking fees since we cannot make up for 4 lost days on site in such short notice.

Knowing that we are going to incur costs regardless of whether the audit is going to occur or not, shall we proceed with the audit of site ▇ on 03-06Oct?

I am happy to discuss further but I wanted to loop in Annette and if a TC is needed, to loop in Aubrey to schedule the TC.

## GeoSera

*John Carlos Diaz MS*
*President and Owner*
johndiaz@geosera.com
Mobile:  +1.484.568.3952

**Executive Assistant:** *Aubrey Sinn*
aubreysinn@geosera.com

---

The contents of this e-mail and attachments, if any, is confidential and solely intended for the use of the addressee. If you receive this e-mail in error, then we kindly request you to notify the sender thereof immediately, and to delete the e-mail and the attachments without printing, copying or distributing any of those.  The publication, copying whole or in part or use or dissemination in any other way of the e-mail and attachments by others than the intended person(s) is prohibited. The sender cannot guarantee the security of electronic communication and is not liable for any negative consequence of the use of electronic communication, including but not limited to, damage as a result of in or non-complete delivery or delay in delivery of any e-mail; the text of the e-mail as sent is decisive.

CONFIDENTIAL

BioVie00011292

Message
_____

**From:** David Morse [dmorse@bioviepharma.com]
**Sent:** 10/27/2023 3:25:27 PM
**To:** John Carlos Diaz [johndiaz@geosera.com]
**CC:** Flynn Eldred [feldred@bioviepharma.com]; Annette Ferrell [annetteferrell@geosera.com]
**Subject:** RE: GeoSera - Site Audits update and questions


John Carlos

Reading through the ██QC report, it looks like there may have been GCP violations/protocol deviations related to subject qualification for enrollment.  However, that is not something which I would expect the auditors to definitively report on unless the process was fairly pervasive.

I will check with others to get a definitive call regarding cancellation of further audits of this site – but I think the likelihood is that others will agree on cancellation.  Likely Monday for the final decision.

Regards,  David


David Morse, PhD
dmorse@bioviepharma.com




_____

**From:** John Carlos Diaz <johndiaz@geosera.com>
**Sent:** Thursday, October 26, 2023 12:44 PM
**To:** David Morse <dmorse@bioviepharma.com>
**Cc:** Flynn Eldred <feldred@bioviepharma.com>; Annette Ferrell <annetteferrell@geosera.com>
**Subject:** GeoSera - Site Audits update and questions


**External Email**

Hi David,

Below are some updates and questions from our audits:

Question:

• Site ██ Selem had historical radiology summary reports from a previous Clinical Trial where the subjects went in for a Lilly CT (but screen failed).  Previously, GeoSera was told that these MRI reports were acceptable.  Site Auditor did not see a Board Certified Radiologist making reviewing the MRI reports---Is BioVie okay with the historical MRI not being review by a Board Certified Radiologist?

Site ██
Update:

• There were multiple MRI reports that looked very similar but that was because the MRI reports did not have many, if any findings, so the report was boilerplate/templated language.  Several subjects had some radiology wording in the body (one had one word difference) however the header information was unique to each subject (e.g. DOB,

CONFIDENTIAL

gender, MR#, Radiology#, date of exam, subject name); so, even though look the same can be considered different for each subject and legitimate.

- Site appeared to use a personal notebook to document patient details which David Diaz requested to include these patient notes in the patient source documentation.  Site complied.  ALCOA issue.

Question for site ▮

- We originally scheduled a two-person audit for site ▮ (David Diaz/Brigitte Kellar) for 6 onsite days.  After David's 2 day audit, he is confident that the audit is complete since the site is very clean.  Some minor ALCOA issues but no evidence of unethical behavior or major GCP violations.  ***Can we cancel the proposed remaining days on site for the week of 13Nov?*** Reminder that Brigitte Kellar got sick and was unable to travel to the audit this week so we were going to push her audit to the week of 13Nov.


GeoSera
*John Carlos Diaz MS*
**President and Owner**
johndiaz@geosera.com
Mobile:  +1.484.568.3952

**Executive Assistant:** *Aubrey Sinn*
aubreysinn@geosera.com

The contents of this e-mail and attachments, if any, is confidential and solely intended for the use of the addressee. If you receive this e-mail in error, then we kindly request you to notify the sender thereof immediately, and to delete the e-mail and the attachments without printing, copying or distributing any of those.  The publication, copying whole or in part or use or dissemination in any other way of the e-mail and attachments by others than the intended person(s) is prohibited. The sender cannot guarantee the security of electronic communication and is not liable for any negative consequence of the use of electronic communication, including but not limited to, damage as a result of in or non-complete delivery or delay in delivery of any e-mail; the text of the e-mail as sent is decisive.

031

BioVie00011711

Message
_____

| | |
|---|---|
| **From:** | David Morse [dmorse@bioviepharma.com] |
| **Sent:** | 10/12/2023 11:31:41 AM |
| **To:** | John Carlos Diaz [johndiaz@geosera.com] |
| **CC:** | Flynn Eldred [feldred@bioviepharma.com]; Regina Myers [RMyers@bioviepharma.com]; Annette Ferrell [annetteferrell@geosera.com]; David Morse [dmorse@bioviepharma.com] |
| **Subject:** | RE: NM101: ███ audit 17-19Oct, impact on audits at site ███ |

John Carlos

I have no issue with reducing the time spent at site ██ since it randomized only 6 pts.  I am assuming that 1-2 days on site for the audit of a 6 pt site should be sufficient.  Reducing the time spent at Sites ██ (15 pts) and ██ (42 pts) is more challenging, as they represent significant components of the patient database.

Currently site ██ at ██ pts randomized, is scheduled for 6 days (2 staff x 3 days) of audit.  Reducing the scheduled resourcing by 2/3rds to a 2 day visit by one resource seems risky, when that decision is based on the prior CRA review of only 14 Pt's records (approx. 1/3rd of the pt's randomized; albeit that those were deemed well organized).  As noted above, site ██ represents a significant proportion of the study database in which BioVie needs to have confidence.  As a result, it may be necessary to extend the site ██ review if conducted by one staff member or delay the audit until multiple staff are available.  Either of the latter scenarios would be more acceptable options.

Whether the audit duration for site ██ is reduced to 2 days is a discretionary decision which may be made in real-time based on the early audit findings.

Regards,  David

David Morse, PhD
dmorse@bioviepharma.com

bioVie

**From:** John Carlos Diaz <johndiaz@geosera.com>
**Sent:** Thursday, October 12, 2023 8:00 AM
**To:** David Morse <dmorse@bioviepharma.com>
**Cc:** Flynn Eldred <feldred@bioviepharma.com>; Regina Myers <RMyers@bioviepharma.com>; Annette Ferrell <annetteferrell@geosera.com>
**Subject:** NM101: Site ██ audit 17-19Oct, impact on audits at site ███
**Importance:** High

**External Email**

Hi David,

Unfortunately, we have a unique situation where both Kit and Brigitte who are scheduled to be auditing site ██ on 17-19Oct have contracted COVID and will not be able to attend the audit on 17-19Oct.

032

BioVie00012925

Below are details for the upcoming audits:

| Site # | State | City | Lead Last Name | Rand | Site to be audited | Tentative Site Auditor scheduling |
|--------|-------|------|----------------|------|-------------------|-----------------------------------|
| ███ | | | | ██ | X | Kit/Brigitte: 10/17 - 10/19 - CONFIRMED |
| | | | | | X | DD Oct 12, 13, 16 |
| | | | | | X | DD Oct 17, 18-19 |

- Site ███ only one CRA visit because we canceled the 2nd CRA visit because there was an audit scheduled for next week.
- █████████ s roughly 4-4.5-hour drive from ████████████ area)
- █████████████ are very close to each other (30 minutes)
- The data entry metrics at site ██ are very good:

| Site No | Site Name | Forms Expected | Forms Entered | % data entered | Forms SDV | Forms SDV Percent | Forms Frozen | Forms Frozen Percent | Queries <= 30 days | Queries 31-60 days | Queries 61-90 days | Queries > 90 days |
|---------|-----------|----------------|---------------|----------------|-----------|-------------------|--------------|----------------------|--------------------|--------------------|--------------------|-------------------|
| ████ | | 8984 | 8963 | 99.8% | 8154 | 91.00% | 552 | 6.20% | 211 | 17 | 0 | 0 |

- GeoSera CRA stated that site ███ is well organized, understands GCP and conducting clinical research and does not have any concerns about data acquisition and integrity.
- Audit scheduled for 17-19Oct
- GeoSera CRA has concerns about data integrity for site ████
- Audit scheduled for 12-13, 16Oct
- GeoSera CRA has concerns about data integrity for site ████
- Audit scheduled for 17-19Oct

I would like to see if we can wiggle dates with sites ████████ so that David Diaz can do both site █████████

My logic is that there appears to be limited concerns of data integrity at site ███ now that data has been entered and SDV'd. Also, site ████ only has █ patients so David Diaz could determine if the integrity of the data at site ███ quickly.

Also, if David Diaz realizes that the data at site ███ is acquired in a quality fashion then David could shorten site ████ audit by 1 day and got to site ████ on 16-17Oct and site ████ on 18-19Oct.

There is a lot to digest in this email and I am happy to discuss between 9-12 (driving from 12-1230) or 2 – 3.

We do need to make a decision by Thursday because we have to alert sites and plan travel accordingly.

GeoSera
*John Carlos Diaz MS*
President and Owner
johndiaz@geosera.com
Mobile:  +1.484.568.3952

Executive Assistant: *Aubrey Sinn*
aubreysinn@geosera.com

033

CONFIDENTIAL

BioVie00012926

The contents of this e-mail and attachments, if any, is confidential and solely intended for the use of the addressee. If you receive this e-mail in error, then we kindly request you to notify the sender thereof immediately, and to delete the e-mail and the attachments without printing, copying or distributing any of those. The publication, copying whole or in part or use or dissemination in any other way of the e-mail and attachments by others than the intended person(s) is prohibited. The sender cannot guarantee the security of electronic communication and is not liable for any negative consequence of the use of electronic communication, including but not limited to, damage as a result of in or non-complete delivery or delay in delivery of any e-mail; the text of the e-mail as sent is decisive.

034

CONFIDENTIAL

BioVie00012927

**Nicole Howard**

---

| | |
|---|---|
| **From:** | Kit Russell |
| **Sent:** | Monday, August 14, 2023 12:11 PM |
| **To:** | Flynn Eldred; dmorse@biovie.com |
| **Cc:** | John Carlos Diaz; Annette Ferrell; Aubrey Sinn; Regina Myers |
| **Subject:** | Re: NM101 - MRI Audit List |

Also, these Central Reader scans came from "his friend's" research facility in ██████ per ████████████, the owner and manager of ████████.

## GeoSera
**Kit Russell**
**Senior Clinical Research Associate**
T. +1 917.860.8549
E. kitrussell@geosera.com

---

**From:** Kit Russell <kitrussell@geosera.com>
**Sent:** Monday, August 14, 2023 12:05 PM
**To:** Flynn Eldred <feldred@bioviepharma.com>; dmorse@biovie.com <dmorse@biovie.com>
**Cc:** John Carlos Diaz <johndiaz@geosera.com>; Annette Ferrell <annetteferrell@geosera.com>; Aubrey Sinn <aubreysinn@geosera.com>; Regina Myers <reginamyers@geosera.com>; Kit Russell <kitrussell@geosera.com>
**Subject:** Re: NM101 - MRI Audit List
Hi Flynn,
Per your request, please find the bullet list for high level observations noted at ████████ on 8/8-8/9/2023.

- This was a targeted data audit to include the ICFs, MRIs and associated documentation regarding the scans. The list was provided by Dr. Nily Osman from BioVie.
- A total of ██ patients were reviewed.
- The copies of MRI scan reports were from a ████████████, not the primary report from the MRI facility.
- The copies of the ████████████ report were from two Eli Lily studies (they forgot to redact a few cover sheets to the reports).
- The copies appear to have been cut and pasted with information regarding the patient DOB date of exam.
- All copies of the ████████████ scan and PET scan appear to be within a day or two of each other, regardless of when the patient was enrolled in the study.
- The PI wrote his assessment of the scan results on the copy of the scan, countering the findings of the ████████████ radiologist(s).
- Pet scan reports are not signed (electronically or manually)
- The same Radiologist electronically signed off of the MRI reports from multiple facilities in ████. Signature lines appear to be cut and pasted.
- DOBs on the reports are conflicting with the actual DOB of the patient.

## GeoSera
**Kit Russell**
**Senior Clinical Research Associate**
T. +1 917.860.8549
E. kitrussell@geosera.com

035

**From:** Flynn Eldred <feldred@bioviepharma.com>
**Sent:** Monday, August 14, 2023 10:44 AM
**To:** Kit Russell <kitrussell@geosera.com>
**Subject:** RE: NM101 – MRI Audit List

Hey Kit,

Just called and left a VM. While I know the full audit report will take some time to put together, can you please provide a bulleted list of the draft observations from your audit of ███████ast week. My boss David Morse is having a senior management meeting in an hour, would like to have the draft observations for that meeting. Appreciate your help with this matter.

Regards,
Flynn



Flynn Eldred, MBA
VP, Head of Quality

**From:** Kit Russell <kitrussell@geosera.com>
**Sent:** Friday, August 11, 2023 4:30 PM
**To:** Flynn Eldred <feldred@bioviepharma.com>
**Subject:** Re: NM101 – MRI Audit List

**External Email**

Hi Flynn,

I can have a draft to you by 8/23. If I need to go back to ███████, I will amend the report to include any updates.

Have a nice weekend!

Kind regards,
Kit

## GeoSera

**Kit Russell**
**Senior Clinical Research Associate**
T. +1 917.860.8549
E. kitrussell@geosera.com

**From:** Flynn Eldred <feldred@bioviepharma.com>
**Sent:** Friday, August 11, 2023 2:24 PM
**To:** Kit Russell <kitrussell@geosera.com>
**Subject:** RE: NM101 – MRI Audit List

Thanks Kit! When can we expect to see a draft audit report?

Regards,
Flynn



Flynn Eldred, MBA
VP, Head of Quality

**From:** Kit Russell <kitrussell@geosera.com>
**Sent:** Friday, August 11, 2023 12:04 PM
**To:** Flynn Eldred <feldred@bioviepharma.com>

2

036

**Cc:** John Carlos Diaz <johndiaz@geosera.com>; Annette Ferrell <annetteferrell@geosera.com>; Kit Russell <kitrussell@geosera.com>
**Subject:** NM101 - MRI Audit List
**External Email**
Hi Flynn,
As discussed on our call this morning, please find attached the MRI listing that was given to us last Sunday, 8/6. To date, only ███████ has been audited (8/8-8/9). Please us know if you have any questions or if the scope of the audit needs to be modified, please contact John directly.
Thank you again for your time and I look forward to working with you.
Kind regards,
Kit

# GeoSera

**Kit Russell**
**Senior Clinical Research Associate**
T. +1 917.860.8549
E. kitrussell@geosera.com

---

The contents of this e-mail and attachments, if any, is confidential and solely intended for the use of the addressee. If you receive this e-mail in error, then we kindly request you to notify the sender thereof immediately, and to delete the e-mail and the attachments without printing, copying or distributing any of those. The publication, copying whole or in part or use or dissemination in any other way of the e-mail and attachments by others than the intended person(s) is prohibited. The sender cannot guarantee the security of electronic communication and is not liable for any negative consequence of the use of electronic communication, including but not limited to, damage as a result of in or non-complete delivery or delay in delivery of any e-mail; the text of the e-mail as sent is decisive.

037

**Jarrett Donaghy**

| | |
|---|---|
| **From:** | John Carlos Diaz |
| **Sent:** | Tuesday, November 28, 2023 12:05 PM |
| **To:** | Annette Ferrell |
| **Subject:** | John Carlos Diaz shared "GeoSera_NM101 Site Auditor Schedule" with you |



John Carlos Diaz shared a file with you

updated tracker based on JCD/Brigitte phone call.

Brigitte did state that ███ is a mess.

GeoSera_NM101 Site Auditor Schedule

This link will work for anyone in GeoSera Consulting.

Open

Microsoft                                    Privacy Statement

038

## Jarrett Donaghy

| | |
|---|---|
| **From:** | John Carlos Diaz |
| **Sent:** | Sunday, October 1, 2023 8:14 PM |
| **To:** | Paul TanPiengco; Annette Ferrell |
| **Cc:** | Joseph Djan; Regina Myers; David M███████Eldred |
| **Subject:** | RE: NM101 : GeoSera QC Visits Site ██████ |

Hi Paul,

Please see my responses embedded in your email below:

███████ We had a discussion and it looks like the language matrix for the site is completed and 14 subjects were already QC reviewed by your team.  Additionally, there is an Audit visit scheduled for 10/17 – 10/19.
As a result, there is no need for an additional QC visit for this site.
*[John Carlos Diaz] Confirmed.*

*@Annette Ferrell, please inform Tani Williams that another CRA visit at the end of October is not necessary and to cancel the visit with the site.*

As for ██████ we are still discussion, but we should have a response Monday. Has the language matrix for this site been completed for this site?
*[John Carlos Diaz] Unfortunately, due to the extraordinary poor level of organization of the patient files at ██████, we did not complete the language matrix at ██████.  I do not know (yet) how many more patient's data that we need to QC but I will find out.  This is our 3rd CRA site visit, we have had an auditor on site already for 3 days and two GeoSera auditors will be on site for 3 days this week, so I am not sure that another CRA visit is necessary.  We are happy to follow BioVie's lead but I am fairly confident that the picture of ██████ has been painted well already.*

Have a great weekend!



Paul TanPiengco
Senior Director Clinical Operations
ptanpiengco@bioviepharma.com
Cell: 818-564-5414

The contents of this e-mail and attachments, if any, is confidential and solely intended for the use of the addressee. If you receive this e-mail in error, then we kindly request you to notify the sender thereof immediately, and to delete the e-mail and the attachments without printing, copying or distributing any of those.  The publication, copying whole or in part or use or dissemination in any other way of the e-mail

039

**GeoSera022977**

and attachments by others than the intended person(s) is prohibited. The sender cannot guarantee the security of electronic communication and is not liable for any negative consequence of the use of electronic communication, including but not limited to, damage as a result of in or non-complete delivery or delay in delivery of any e-mail; the text of the e-mail as sent is decisive.

2

040

**Jarrett Donaghy**

| | |
|---|---|
| **From:** | Kit Russell |
| **Sent:** | Thursday, August 31, 2023 5:57 PM |
| **To:** | John Carlos Diaz; Annette Ferrell |
| **Cc:** | Kit Russell |
| **Subject:** | BioVie NM101 - Audit Report DRAFT -  |
| **Attachments:** | GeoSera_ Investigational Site Audit Rep ▮▮▮▮ _2023-08-09 _Russell_DRAFT.docx |

Hi Both,
I'm sending this draft along however it still needs the final touches by teasing out the observations from the #1 observation which is all the MRIs I looked at. I know Flynn, et al were very interested in exactly what I saw there which may impact the overall scope of the audits further.

Please forward this to him with my comments above (summarized or verbatim) from this email. There is a lot of detail in my review, but it reveals so very many serious issues they need to be aware of. Please feel free to call any me at anytime if you need clarification or have questions. In the interim, I will proceed with finalizing the other sections.

You will see they started to get very sloppy with the patients in the ▮▮▮ on through patient ▮▮. They were blatantly falsifying their MRI reports. Disgusting.

Thanks for your patience!

Kind regards,
Kit

## GeoSera

**Kit Russell**
**Senior Clinical Research Associate**
T. +1 917.860.8549
E. kitrussell@geosera.com

1

041

**GeoSera023799**

**Jarrett Donaghy**

---

| | |
|---|---|
| **From:** | John Carlos Diaz |
| **Sent:** | Wednesday, August 9, 2023 10:30 AM |
| **To:** | John Carlos Diaz |
| **Subject:** | Paul email by jcd |

Paul email regarding ▮▮▮▮ concerns after conversation with Annette-Paul.

▮▮ disorganization and train wreck of site
Spreadsheet that already exists with languages per visit
Only got through one patient
BioVie Throwing out data from ▮▮▮▮. Should we cancel our end of august visit?
CRO ▮▮▮▮ for 3 cras
Same mri report
Scanning of documents


John Carlos Diaz
President
+1.484.568.3952 (Including WhatsApp)

042

GeoSera024928

# BioVie

Exported  : 07/22/2025 9:36    pm

Conversation    with "Kit  Russell  "
Conversation    Participants  :
John  Carlos  Diaz  / █████████
Kit  Russell  / +██████████

Last  Conversation    Backup  : 07/19/2025 7:07    pm
Last  Conversation    Backup  : ExtractionCode    4 t8 aqklmd  3928  kc
233  Messages
07/24/2023 5:49    pm - 11/15/2023 11:48  am

Device   Name : diazj 's iPhone
Device   Type : ios
Time  Zone : America/ New _York
Source  : iMessage

Exported   From :  **Hearsay**

043

John  Carlos  Diaz
07/24/2023 5o49o05    pm

Kit !!!John  Carlos  Diaz  here.  We got  the BioVie  work . Are  you  free  for a quick  call  later tonight ?

Kit  Russell
07/24/2023 6o51o58   pm

Sure!  Call  me anytime!

John  Carlos  Diaz
07/24/2023 6o52o09    pm

730 ish

Kit  Russell
07/24/2023 6o52o19   pm

Perfect  !

John  Carlos  Diaz
07/25/2023 10o19o39   am

What  the heck  Russell  ?

John  Carlos  Diaz
07/25/2023 10o30o55    am

That  was  a joke  btw

John  Carlos  Diaz
07/25/2023 10o30o58   am

Can  I help  you

John  Carlos  Diaz
08/04/2023 2o22o25   pm

RUSSELL    !!!You  have  a unique  role  next  week . Let 's you  me, Annette  and Tani  stay  on after  our  quick  call

044

Kit Russell  ◈ ▮▮▮▮▮▮
08/04/2023 2o38o27    pm

> Yeeesss  !! ▯ ▯ just spoke  to Tani  so  we  will both  stay  on the call after  we  finish  with the other  business  .

John  Carlos  Diaz  ▮▮▮▮▮▮
08/04/2023 4o57o07   pm

> Can  you  send  me brigettes  contact  info ?

Kit  Russell  ◈ ▮▮▮▮▮▮
08/04/2023 4o59o57   pm

> Oh  sorry ! Got another  call  right  after  we  hung  up !

Kit  Russell  ◈ ▮▮▮▮▮▮
08/04/2023 5o00o41   pm

> Sent  a file

John  Carlos  Diaz  ▮▮▮▮▮▮
08/06/2023 11o01o07  am

> I'll call  you  separately

Kit  Russell  ◈ ▮▮▮▮▮▮
08/06/2023 11o04o34   am

Replied  to :  I'll call  you  separately

> Liked  "I'll call  you  separately    "

John  Carlos  Diaz  ▮▮▮▮▮▮
08/07/2023 2o44o19    pm

> By  any  chance,  do  you  have  an sop  for how  site  audits  are performed  ?

Kit  Russell  ◈ ▮▮▮▮▮▮
08/07/2023 3o53o02   pm

> I'm  at JFK  but I can  look  one  up. I have  access   to many  but need  to log  in. Can  I send  it to you  tonight ?

John  Carlos  Diaz  ▮▮▮▮▮▮
08/07/2023 3o54o44   pm

> Of course  kit.

045

**GeoSera024931**

John  Carlos  Diaz ▮▮▮▮
08/07/2023 3o54o56    pm

You 're the best  minus  the jfk airport

Kit  Russell    ◆▮▮▮▮
08/07/2023 3o56o05    pm

Lol . I love  JKF   cuz   it has  a fab JetBlue   Terminal . Besides   the  TWA   Hotel   is at this  terminal   too ! Great   place   to hang   out !

John  Carlos   Diaz ▮▮▮▮
08/07/2023 3o56o41   pm

I'll party  with  ya  there  lit

John  Carlos   Diaz ▮▮▮▮
08/07/2023 3o56o43    pm

Kit

Kit  Russell    ◆▮▮▮▮
08/07/2023 3o57o44    pm

It is  a destination  ....

John  Carlos   Diaz ▮▮▮▮
08/11/2023 3o43o00    pm

Could   you  please   email  me your   availability   for site  audits  by end of business  ? I need  to start  planning   ahead   over  the weekend  . Muchas   gracias

Kit  Russell    ◆▮▮▮▮
08/11/2023 3o53o54   pm

Will  do !

John  Carlos   Diaz ▮▮▮▮
08/11/2023 3o53o59   pm

Gracias

Kit  Russell    ◆▮▮▮▮
08/11/2023 3o54o50   pm

Ovviamente!!!!

046

John  Carlos  Diaz
08/11/2023 3o55o18  pm

> Hahaha

John  Carlos  Diaz
08/11/2023 3o55o54  pm

> Audit  report  template  please :).  I'd like  to familiarize  myself  with it on the plane  and over  the weekend

Kit  Russell  ◈
08/11/2023 3o56o21  pm

I'm redacting  it now .

John  Carlos  Diaz
08/11/2023 3o56o31  pm

> Double  gracias

Kit  Russell  ◈
08/11/2023 3o56o38  pm

Replied  to:  Double  gracias

Liked  "Double  gracias  "

John  Carlos  Diaz
08/14/2023 11o31o53  am

> Gimme.....20   mins ?

Kit  Russell  ◈
08/14/2023 11o34o03  am

NP . Just  an FYI . Just  got a call  from  Flynn - he wants  a high  level  bullet  list  of observations   from  me NOW for the CEO  who wants  to take  it to a meeting  at 12 noon ! They  know  it is DRAFT  and the report  is not ready  for anyone' s review . Call  me when you  are free… ▨ ▨

John  Carlos  Diaz
08/14/2023 11o34o33  am

> Okay . I'll call  you  shortly .

John  Carlos  Diaz
08/14/2023 11o37o19  am

> Weird . It went  straight  to voicemail

**GeoSera024933**

John  Carlos  Diaz  ██████
08/14/2023 11o37o27  am

> Can  you  please  call  back  when  free?

Kit  Russell   ◈ ████████
08/14/2023 12o05o26   pm

Just  sent . Christ  -  I could  have  written  a novel .

John  Carlos  Diaz  ████████
08/14/2023 12o07o55   pm

> Yup .

John  Carlos  Diaz  ████████
08/14/2023 12o47o53   pm

> Would  you  have  more  availability   for site  audits  if you  did  not  have  to do the  site  visits  for  the  ICF /assessment    language?
>
>                                                             Edits
>
> Would  you  have  more  availability  if you  did  not have  to do the site visits  for     08/14/2023
>                                    the  ICF /assessment    language ?      4o47o53 pm

Kit  Russell   ◈ ████████
08/14/2023 2o26o54   pm

They  REALLY   need  to copy  you  and  Annette  on all direct  contacts   with  us , don 't you  think ?

John  Carlos  Diaz  ████████
08/14/2023 2o27o53   pm

> Yes . They  do .

Kit  Russell   ◈ ████████
08/14/2023 2o29o05   pm

Mention  it tomorrow . They  have  been  so  dodgy  to date -  they  need  to now  become  very  transparent   with  us ! I feel  like  I need  a witness   with  all this  hot  potato  funny  business  going  on at the  sites !

John  Carlos  Diaz  ████████
08/14/2023 2o31o52   pm

> Yes . Smart  move.

048

**GeoSera024934**

**Kit Russell**  ◇  ▮▮▮▮▮▮
08/14/2023 2o32o07  pm

Replied to: Yes . Smart move .

Liked "Yes . Smart move."

**Kit Russell**  ◇  ▮▮▮▮▮▮
08/14/2023 2o34o19  pm

Can we chat before the TC ? I want to make sure we are in sync .

**Kit Russell**  ◇  ▮▮▮▮▮▮
08/14/2023 2o34o29  pm

Tomorrow

John Carlos Diaz  ▮▮▮▮▮▮
08/14/2023 2o37o21  pm

Yes

John Carlos Diaz  ▮▮▮▮▮▮
08/14/2023 2o37o24  pm

Tonight ?

**Kit Russell**  ◇  ▮▮▮▮▮▮
08/14/2023 3o17o05  pm

Can we do it at 09:30 tomorrow ?

John Carlos Diaz  ▮▮▮▮▮▮
08/14/2023 3o17o37  pm

Yes

**Kit Russell**  ◇  ▮▮▮▮▮▮
08/14/2023 3o17o45  pm

Replied to: Yes

Liked "Yes "

**Kit Russell**  ◇  ▮▮▮▮▮▮
08/14/2023 3o30o04  pm

My question - why are they suddenly paying attention NOW to all the crazy stuff going on in ▮▮▮▮ ?...

049

**GeoSera024935**

John  Carlos  Diaz  <span style="background:black">████</span>
08/14/2023 3o32o01  pm

No one did earlier

Kit Russell  ◈<span style="background:black">████</span>
08/14/2023 3o35o51  pm

Exactly . It's like they suddenly  woke  up and now they want everything  done post haste. Not a smart  way to approach  a very  very  serious  matter that could  completely  derail their submission  . Honestly , they need  to remount  or these  sites , see  what if anything  can be salvaged  and then quarantine  the data and explain  FULLY  to the FDA . They  are going to also  need  to plead  mea  culpa  about  their  own  internal  lack  of oversight . The  FDA doesn 't but the excuse   that a "CRO  was  managing   this  for  us …"

John  Carlos  Diaz  <span style="background:black">████</span>
08/14/2023 3o38o18  pm

Yup  and yup

Kit Russell  ◈<span style="background:black">████</span>
08/14/2023 3o38o54  pm

"Re- monitor " the sites …

John  Carlos  Diaz  <span style="background:black">████</span>
08/14/2023 3o39o46  pm

Yeah . That  could  be in the cards

John  Carlos  Diaz  <span style="background:black">████</span>
08/14/2023 3o39o52  pm

And  it has  been  discussed

Kit Russell  ◈<span style="background:black">████</span>
08/14/2023 3o41o57  pm

Replied  to:  Yeah . That  could  be in the cards

Liked  "Yeah . That  could  be in the cards "

Kit Russell  ◈<span style="background:black">████</span>
08/14/2023 5o53o58  pm



050

GeoSera024936

Kit Russell

08/14/2023 5o54o24  pm

> This  is the colored  flow  sheet  in the scales   book .

Kit  Russell

08/14/2023 5o55o42  pm



Kit  Russell

08/14/2023 5o57o19  pm

> It just  occurred   to me that I wonder  if the same  patient  is enrolled  at multiple  sites  in  Miami ...

John  Carlos  Diaz

08/14/2023 5o57o45  pm

> Probably

John  Carlos  Diaz

08/15/2023 9o33o58  am

> We are doing  more  than  mri review

Kit  Russell

08/15/2023 9o37o40  am

> Good .

Kit  Russell

08/15/2023 9o39o07  am

> Can  you  send  me the schedule    again .

John  Carlos  Diaz

08/15/2023 9o39o18  am

> Yes . I haven 't sent  it to anyone

Kit  Russell

08/15/2023 9o39o30  am

> Ok . Just  want  to see  it again .

051

**GeoSera024937**

Kit Russell ◈ ▓▓▓▓

08/15/2023 9o39o45   am

> Want to block  off my calendar .

John  Carlos  Diaz  ▓▓▓▓

08/15/2023 9o40o09   am

> Will send  before  noon

Kit Russell  ◈ ▓▓▓▓

08/15/2023 9o42o04   am

> Sorry  just  need  them  to be CLEAR  ...

John  Carlos  Diaz  ▓▓▓▓

08/15/2023 9o42o11  am

> They  won 't be

John  Carlos  Diaz  ▓▓▓▓

08/15/2023 9o56o40   am

> I assume  that you don 't care  about draft  vs final

Kit Russell  ◈ ▓▓▓▓

08/15/2023 10o34o08   am

> Why  is Regina   pushing   to blow  off ▓▓▓▓  We need  to finish  the job there. I don 't want  GeoSera   to take  a hit that we didn 't do our job thoroughly  .

John  Carlos  Diaz  ▓▓▓▓

08/15/2023 10o34o36   am

> Yeah . She' s already  gotten  a firm  word .

John  Carlos  Diaz  ▓▓▓▓

08/15/2023 10o34o41  am

> We are going  back . Period .

Kit Russell  ◈ ▓▓▓▓

08/15/2023 10o35o56   am

Replied  to:  We are going  back . Period .

> Liked  "We are going  back . Period ."

052

**GeoSera024938**



John  Carlos  Diaz
08/16/2023 2o00o36   pm

> Gimme 5   mins

Kit  Russell
08/16/2023 2o00o59   pm

NP !

John  Carlos  Diaz
08/26/2023 4o43o36   pm

> Hey  Kit ! I'll call  your  mobile   instead   of zoom . This  is  just  to plan  the next  steps  with BioVie

John  Carlos  Diaz
08/26/2023 5o02o17   pm

> Hey  kit . Call  when  free.  Got  voicemail

Kit  Russell
08/31/2023 10o45o23   am

Do  you  have  a minute  to chat ?

John  Carlos  Diaz
08/31/2023 10o45o39   am

> At 12?

Kit  Russell
08/31/2023 10o45o57   am

Ok ! Thanks

Kit  Russell
08/31/2023 10o46o14   am

Call  me when  you  are free.  Thanks

Kit  Russell
09/11/2023 7o12o09   pm

Thanks   for the payment ! ☐ ☐

053

**GeoSera024939**

John   Carlos   Diaz   ███████

09/11/2023 7o13o26  pm

Hahahha

John   Carlos   Diaz   ███████

09/11/2023 7o13o30  pm

Thank  you  for  working   :)

054

GeoSera024940

Kit Russell

09/11/2023  7o38o07  pm

Hey so BRIDGETTE   and I spoke  what was a Thursday   I can 't member  for Friday . No recollection   I got home  and I got home  at 4 AM Saturday   morning  from freaking  Atlanta you think I could 've driven  faster  so and it was  ugly so OK so my concern   let me tell you something   but I don 't at all it 's all after  tomorrow  I will send  you my Ray response because   I sent him a rough  draft because   he wanted  something   really fast so basically they got into it what I did was  I and I was  telling  Brigitte  Dave that I did all these  at my mission  was my my scope  was just MRI review  which  ended  up having  a consent  cause I need to know  who did it you know  who 's were  blah blah  by then and there  were  other things  I just came  and Dave  Morse  when  I was on this call  initially  said  who 's the VP of QA said , you find a string  pullet  find a thread  you pull it so that 's what we do normally  is auditors  anyway  so it 's like duh but anyway  so I have  a had some  things  for the listed but then the critical  findings  were the MRIs where  I have  I don 't know  anywhere  from 10 to 15 bullet  points  of what  I looked  at and what  what the issues  were you know  with the findings  the problems  the issues  so I 'm going  to be tabulating  sort of consolidating  . How many  looks  like they had fraudulent  error Eno up whatever  you know  whatever  anyway issues  so my concern  is that BRIDGETTE   and I had a conversation   last week  and she was telling  me a couple  times  last week  and she was  telling  me like the depth  of which These  issues  are going  and plus they need  the new scope  which  includes  other things besides  the MRIs and how much  time it was taking  and all the threads  and strings , and you know  pimples  that were  coming  out from everything  that she was  looking  at so I 'm looking  at four consecutive  weeks  of being  on the road  I know  when  the hell I 'm supposed  to I mean  one of them  it 's like it 's four days  the first week  of October  is for four days at ██ , ██  is a shit house  that is that is a really  bad one  and But they 're very  nice and they 've been  very  friendly  with me so today  entertain  it with Tammy  but there 's a lot of patients  there and there 's a lot of garbage  and junk and now that I 've seen  what I even going  through  all my notes  and everything  else I found  more and more  and more and more  stuff that are really  indicative  of a serious  serious  multiple  multiple  level , internal  and external  issues  with regard  to the collaboration  with this fraudulent  data basically  coming  from the outside  and it just says  the same  people  same  people supplying  this over and over and over  again  so We 've got the last  week  of September . We have  three  days  then we have  four days  and then three  and three  and I 'm not sure when  the hell we 're at you know  like when  are we going  to be able  to take  a breath  to even download  all the stuff right right right Right  right ? Well we also  have  we also  have other clients  to we do we 're working  on the same  stuff so we also  have  other  clients  so you know  and also I have  I 'm going  out to California . My father  is turning  90 so I 'm going out to California  you know  I which  is fine  but then I also have  you know  now it looks  like the third week  of you know  I need  to be in Colorado  for two days  which  is like almost ridiculous  to me to be out there  for two days  but anyway , the bottom  line is Brigitte  I know  I I don 't know  what you guys  your comfort  level is I mean  I honest  to God and I spoke  to Annette  and she was  pinging  me while  we were  talking  she goes . I told him exactly  what you told me on Thursday  about  these  dates  and this is why we 're having this call  so he 's acting  like he doesn 't know  you know  he hasn 't heard  for me. Appreciate   he know  he he does  know  he knew  a bit. It just said  he wasn 't getting  the information  exactly  like oh this is the date. This  is the date which  is Eno I 'm sorry  but I

055

GeoSera024941

can't commit to something I mean this is why we were supposed to have this call tonight was to discuss you know that the is the complexity and the the end, the problems and I and honestly Can I just tell you were David Morse told me David Moore said I want I can look back to my notes what he said he wants to go. He wants he wanted. Oh my God where I can remember. When I when I spoke to him he wants us to basically Look at this data look at these critical things in a find the crap basically and then also any any threads pull him. Where does it take you to follow the lead which is unfortunate because you know like for example, I did the MRIs and I had like you know, giant like threads everywhere you know like it led me to all kinds of crazy stuff so How he said, putting patient who wants putting patients at risk real patients versus a little bullshit falsified data last day of other studies the repetitive you know sequence of events kinds of things, Social Security bullshit Social Security, cause I told him how I found some fake Social Security numbers so and I you know he's like how do you figure it out I go well they looked weird and so I looked it up on the socialsecurity .gov website, and I saw what these were not including you so you know these Social Security numbers are not in use so You know the guh .gov is basically where you go to find that out. You know sadly in that although this is not really what I normally have to do but you know what something just like 00 something I want what what and it's because the way the chart was laid out. I'm looking at the face sheet with this information while I'm looking over here and I'm like what what is that just like I saw no adverse events no adverse events no adverse events and I'm like I'm sorry she's a 73-year-old woman you know and she's got concomitant issues you know illnesses so you're telling me the woman never even had a headache Like come on yeah because it's bullshit because they're not reporting on anything OK come on I know everybody knows it has had it dealt with at least one dementia patient in their lifetime and they have issues. There's all kinds of issues I mean it's it's impossible that these people don't have any issues there's any thing as a course if they don't write it down, then they don't exist Right, so OK so getting back to you actually I need to have you guys need to like not be working and dealing with stuff what do you think is reasonable you know I mean so for example, I mean Brigitte, you and I like I said I would do ▮ the report for ▮ cause I'm also I mean like I was there already and I'm very familiar with the site so it would be you know I'm happy to do that but I mean we could do like every other, but at the same time you also have Honestly think that three weeks is a good amount of yeah I think so. Yeah yeah cause we're gonna be working weekends to get these these bloody report drafts done we're gonna have to do you know OK so the time you have you have the template right you have the template, OK OK so so why don't why do OK so why do we do this OK so there's a lot in that template that you just take out because we didn't do it and that's what I did as I just deleted that section because we did I didn't look at that you know I didn't say not review of some of some of the some things I think I wrote got reviewed but a lot of it I just wiped it out which is what you're supposed to. Do you know and if you state the scope I need on my scope of the audit was to look at the MRIs and any associated documents so that meant I see offs and whatever the hell else I saw right so that sounds like a lot of the stuff like you know regulatory file blah blah laboratory Bob I just I just deleted it out of there. There's nothing there because I thought tonight was not the scope and I don't need to make a comment even because that wasn't the scope so there's a lot of stuff you can just see this You can wipe out of this template if you didn't look at it oh Jesus, I'm sorry my husband is fixing the dryer and I just heard the train crash. OK he didn't yell

GeoSera024942

kit so he's probably OK it's right below me so I can hear them so so there and there's a table there's tables in there that just basically you know sites you like the regular like what was the issue critical whatever above about what what are the what were the rigs that it was potentially effects and then one of the issues and then there's a recommendation and my recommendation is my heart my record , my repeat act recommendation is in-depth no review of all data prior to database lock re-re-review re-review of all data prior to database lock because you know what meaning it's shit it's dirty it's you know there's all kinds it without saying the F word you know I don't say the F word anywhere in my report . I just indicate that this was in appears to be cut and pasted . I mean you'll see everything that I know in terms of the MRIs like the reviews so I think three weeks for a draft . I'm I'm OK with that. That means that we're working some weekends but OK but I think through if we are if we have a consensus for three weeks but that also means like you know for a lot of us that for all of us probably it means that we're we're gonna be working the week that this draft is due as well so whatever time we have to find to figure it out you know whatever but I I'm OK with three weeks normally it's for for a draft , but if they want to me, given the magnitude and the depth of everything , I'm OK with three weeks if we want to tell John and Annette that yeah fair in addition to that we're going to have either PV are medical monitoring but you know what it's a relevant we don't care and and you know what we're not reporting on anything that they do I mean , I even have it in my notes a ClinOps not to give direction QA issues at all ever from now on I have that in my notes from what David Moore said he said and that's why John said he goes no if anything you really want to feel that OK but you know what David let me just say that they're all looking to cover their ass because a lot of people there are some some of these people are attending some of these visits . Their jobs are actually on the line right now I know that I was told that so we need to just really keep , keep our does Eno just like say thank you thank you but you know I mean you know obviously if they find something that's helpful for us great but but it's OK . I know it's hard to say though I mean because you don't know what you might find no that's not that's not even in the scope Well the bed but we're not forgetting . Forgive me, but we're not task with looking at the regulatory file and doing you know the reconciliation or anything or we weren't. We're only doing data points . We're looking at the regulatory file for what yeah yeah yeah yeah yeah I mean yeah I mean I would look at it I mean , I even did that you know I was like OK delegation authority because I was looking at consents you know of light but I was curious like medical licenses cause I was like who the hell is in Baltimore Now I mean that's the stuff is like who are who are who are we dealing with kind of thing you know who who are these people kind of know they don't they don't know what do you know what they outsource to Sarah ? They provided no oversight and now it's a shit show and they're freaking out and they don't even know what they don't know at this night or tomorrow well you know why these these guys are on cahoots with each other so undoubtedly you were going to be probably replicating a lot of stuff , so OK so what I'm gonna do then is I'm going to what I would suggest is that OK so tomorrow probably by tomorrow evening I'll send you guys the draft that I'm submitting right and then and it remind you it was literally just the MRIs OK there's some other stuff that you know came up but basically it's MRIs so I'm gonna just say that we spoke, and that we're looking at you know , we can provide a draft within three weeks of the last day of the visit How is that good ? I think that's fair and then you know and then I think along the way we can help

057

GeoSera024943

you know we can sort of chitchat about with each other like obviously when you guys are working together, you guys can figure that out when Brigitte and I are working together we can figure out like what you know I mean look at the findings of the findings. The date is the data right? I mean we see what we see I'm not gonna lie. I'm not gonna bullshit I'm not gonna whitewashing minimize or anything. I'm also not gonna exaggerate anything that isn't really there. It's like it's just the fax so I think overtime I can't and depending on what our findings are I think that the reports are going to be a little different here and there that some of it's gonna be the same. I'm probably cut and paste but I think some of that everybody will have some uniqueness to their own reports, but I think yeah three weeks three weeks for a draft I can live with that you know And if for some reason it's our like it's gonna take us longer we can just let them know that's it. Well you know what it's just what you're going to see as sometimes you're going to see coordinators doing it and there's no PI or there's a PI who doesn't you know blah blah blah you know what I mean it's like I mean, yes listen if the PI said the coordinator can do it and it's on the delegation authority log that's it whether or not we think it's appropriate is it I don't want to know you know what honestly I think what we're finding is bad enough I've never I've never seen such a nightmare I mean I've dealt with Fraud before, and I've had been deposed for fraud. I have never seen this level of like it's not even just internal there. They are in cahoots with these, these MRI places and his other PP large hallway, but can't wait to go there for Shad on site █. She's that woman, I mean she's dirty is the dirt in my Mallard I mean she's she's she's she's bad so you know the point is is that you know and even frankly they had an audit done last December and that woman basically you don't like set a lot of what I mean I didn't even see that audit report till after I went and I'm like holy crap. She found a lot of what I heard I saw and what Nila had seen in her MRIs but then I saw with more stuff at the sites and I'm like you guys sat on this you freaking sat on it and let me tell you something. David Morse supposedly worked at the FDA for 20 years And I'm like dude OK Flynn came on for months ago where the hell of you been December is when these audits were done and they had all kinds of very similar findings to what we're saying and he sat on it so like don't act like oh you don't know or whatever you know it was like what do you like deer in the headlights for how many months frozen you know if they did nothing about this so I'm a tell you something people are watching their ass they're going to try to cover their ass is really hard to not go down with the ship on this one because there's there's all kinds of lack of oversight you know and they know it and they know it Annette and David and Flynn even said it they said, you know, people are gonna get fired There's gonna be lawsuits and people are getting fired so that was my concern about like not giving us and not giving us time to do appropriate visits because I mean reports because honestly this is the stuff that lawyers are going to be looking at these reports, they're gonna be looking at these reports and that's what I know this is what it is conversation I have with Annette. I said this is my concern is that you know David even said there's gonna be lawsuits of people are gonna be losing their jobs, so that would be the client or the site OK well you know what I think once we conclude all the report I think once we conclude all the visits we will have if they don't call us and meeting sooner we definitely need to have a dBrief with them, you know I don't know what they want. They know what's out there they know what's out there market my question is you know I mean I had to provide a bullet list this I had to provide a bullet list I had like an hours notice a bullet list of the high points of my "audit on the MRIs and I'm

058

GeoSera024944

like holy crap and I'm like it because the Emily CEO wanted to present this at a meeting I don't know who is talking to you know I mean this is like this was really very unkind. I was in a really uncomfortable position because I'm thinking you know what I cannot say too much. Yeah I don't want to under play but so I mean there were a lot of things I did not include, and I then said on the call it with David and Flynn. There were things that I did not include on that list to your CEO because it would've just freaked everyone out in the room and I didn't know who the audience was with a stockholder is who the hell is he talking to lawyers you know I like I'm not putting myself out there like that and so you know, an

**Kit Russell**   @ ███████
09/11/2023 7o43o26  pm

Oh geez. I think this was part of recording. Haha

**John Carlos Diaz**   ███████
09/11/2023 7o44o20  pm

Oh boy

**John Carlos Diaz**   ███████
09/11/2023 7o44o27  pm

What planet am I on here?

**Kit Russell**   @ ███████
09/11/2023 7o45o55  pm

Earth. Good place to be???

**John Carlos Diaz**   ███████
09/11/2023 7o46o02  pm

Hahaha

**John Carlos Diaz**   ███████
09/11/2023 7o46o10 pm

What are you trying to tell me?

**Kit Russell**   @ ███████
09/11/2023 7o48o57  pm

Nothing other than we need to stay grounded …⬜ ⬜

**Kit Russell**   @ ███████
09/11/2023 7o50o50  pm

Still on with B & D. We have a consensus and will email you and Annette.

059

GeoSera024945

John  Carlos  Diaz
09/11/2023 7o52o02  pm

> Not sure  what  consensus   is needed  bc I was  clear  :)

Kit  Russell
09/11/2023 7o52o51 pm

Reports  drafts  will  be  done  in 3 weeks  from  that last  day  of the  visit . I'll email  you  in a few .

John  Carlos  Diaz
09/11/2023 7o52o58  pm

> Cool

Kit  Russell
09/11/2023 8o11o02 pm

Email  sent

John  Carlos  Diaz
09/11/2023 8o11o19 pm

> Gotcha

Kit  Russell
09/11/2023 8o11o29 pm

Replied  to:  Gotcha

Liked  "Gotcha  "

John  Carlos  Diaz
09/27/2023 12o40o19  pm

> Can  I call  you  later ?

Kit  Russell
09/27/2023 12o43o59   pm

Sure! Just  want  to clarify  "my involvement  " with  the  Nily  emails . Basically   I told  her to take  this issues  she  mentioned  to me  up with  you  guys  since  I have  NOTHING   to say  or would  have  any input /impact  on the subject   matter ... I'm just  auditing .

John  Carlos  Diaz
09/27/2023 12o45o08   pm

> She's fucking   horrible

060

**GeoSera024946**

John  Carlos  Diaz  ███████
09/27/2023 12o45o18  pm

> She  needs  to stay  in her  lane

Kit  Russell    ◈ ███████
09/27/2023 12o45o29   pm

FYI - it would  be best  if she speaks   with  you  guys  vs . speaking    with  BioVie.

Kit  Russell    ◈ ███████
09/27/2023 12o46o00    pm

John , just speak   to her - this isn't about  the scope   of work .

John  Carlos  Diaz  ███████
09/27/2023 12o46o11 pm

> Noted  and  I will

Kit  Russell    ◈ ███████
09/27/2023 12o46o19  pm

Replied  to:  Noted  and  I will

Liked  "Noted  and  I will"

John  Carlos  Diaz  ███████
09/27/2023 1o13o17 pm

> If nily  contacts   you . All communication    runs  to me. End  of story , no discussion    .

Kit  Russell    ◈ ███████
09/27/2023 1o15o41  pm

Got  it. She  is here  at the audit  and  I told her  to contact   you  guys   which   she did .▢ ▢

John  Carlos  Diaz  ███████
09/27/2023 1o15o50  pm

> She  has  not

John  Carlos  Diaz  ███████
09/27/2023 1o16o06  pm

> She  needs  to contact   me and me only .

061

**GeoSera024947**

John  Carlos  Diaz  ▓▓▓▓
09/27/2023 1o16o39  pm

> Nily  contacted   Annette.  Me  and  me  only .

Kit  Russell   ◆ ▓▓▓▓
09/27/2023 1o16o58  pm

> Ok , no problem   on my end . I think  she  left a message   for Annette.

John  Carlos  Diaz  ▓▓▓▓
09/27/2023 1o17o11 pm

> Again . Kit , I love  ya , me and me only

Kit  Russell   ◆ ▓▓▓▓
09/27/2023 1o17o58  pm

> Got  it!!! I said  to contact   you  guys  and  that's what  I thought  she  did . All good  here!

John  Carlos  Diaz  ▓▓▓▓
09/27/2023 1o18o16  pm

> Again  kit . Not  Annette.  Me.

John  Carlos  Diaz  ▓▓▓▓
09/27/2023 1o18o31  pm

> It's not Annette' s company  , it's mine.

Kit  Russell   ◆ ▓▓▓▓
09/27/2023 1o19o13  pm

> I get  that . I have  no issues   with that directive.

John  Carlos  Diaz  ▓▓▓▓
09/27/2023 1o19o39  pm

> Cool . Thank  you .

Kit  Russell   ◆ ▓▓▓▓
09/27/2023 1o19o49  pm

Replied  to:  Cool . Thank  you .

> Liked  "Cool . Thank  you ."

062

**GeoSera024948**

John  Carlos  Diaz  ▮
09/27/2023 1o27o30  pm

To be blunt this level of issue needs to come to me and not Annette.

Kit  Russell  ◈ ▮
09/27/2023 1o29o41  pm

John , I don't disagree  at all with that but I merely  said  to her that this issue  needs  to be escalated  to you and Annette, as the study  managers  for this project . I had no control over  who  she  contacted . I assumed  she  would  contact  you  both !

John  Carlos  Diaz  ▮
09/27/2023 1o42o09  pm

Understood  . Not  Annette's job . Moving  on .

John  Carlos  Diaz  ▮
09/28/2023 8o34o50  am

Good  morning  Kit ! I would  like 5-10  minutes  of your  time  before  you  get  on site  please

John  Carlos  Diaz  ▮
10/02/2023 2o41o55  pm

Please  do not engage  nily . It is being  managed  separately

Kit  Russell  ◈ ▮
10/02/2023 2o48o26  pm

Is she  coming  to Site ▮  I thought  only  the 2  CRAs  were  coming  with  Brigitte  and  me.

Kit  Russell  ◈ ▮
10/02/2023 2o48o48  pm

On the plane  headed  to ▮  now …

Kit  Russell  ◈ ▮
10/02/2023 2o48o53  pm

▮ …

John  Carlos  Diaz  ▮
10/02/2023 2o49o38  pm

I don't know  please  do not engage.  She's very  brilliant  but I need  to protect  GeoSera

063

Kit Russell

10/02/2023 2o52o35   pm

No problem . Lots to do on our list !!

John Carlos Diaz

10/02/2023 2o53o01  pm

Head down :)

Kit Russell

10/02/2023 2o53o55   pm

Replied to: Head down :)

Liked "Head down :)"

John Carlos Diaz

10/04/2023 5o03o41  pm

Hi kit . Your invoice is holding up submission . When will I get it?

Kit Russell

10/04/2023 5o44o41  pm

This evening . Almost back to the Airbnb .

Kit Russell

10/04/2023 5o44o46   pm

Apologies .

John Carlos Diaz

10/04/2023 5o45o14  pm

Suuuuuuh  weeeeet

Kit Russell

10/04/2023 6o03o34   pm

Replied to: Suuuuuuh  weeeeet

Liked "Suuuuuuh  weeeeet "

John Carlos Diaz

10/10/2023 4o45o41  pm

Gimme 15?

064

**Kit Russell**
10/10/2023 4o50o56  pm

Thanks . We have  to leave  at 5 pm - place  closes  . I can  chat  from  the car .

John  Carlos  Diaz
10/10/2023 4o51o14 pm

Awesome

John  Carlos  Diaz
10/10/2023 6o35o28  pm

Can  I call  you  later ?

**Kit Russell**
10/10/2023 6o35o40  pm

Yes . Thanks  .

John  Carlos  Diaz
10/13/2023 9o31o53  am

Hey  there  and  good  morning . I hope  that  you  do  not  have  covid . We are  rearranging  schedules   now  but  could  you  be  free  on 01-02  nov  for a  south  Florida   audit ? I'm getting  the details  now  but  I'll confirm   later  today  or  weekend  .

**Kit Russell**
10/13/2023 9o46o17  am

Hi , so  far  so  good  but  pretty  crappy   but  hopefully   my  test  today  will  stay  negative!  I'm already  booked   on 11/1-11/2 for  a  monitoring   visit . Sorry !

John  Carlos  Diaz
10/13/2023 9o46o37  am

Dammit  :)

**Kit Russell**
10/13/2023 9o46o40  am

"Feeling " pretty  crappy

John  Carlos  Diaz
10/13/2023 9o47o38  am

So  sorry

065

Kit Russell

10/13/2023 9o47o39  am

So ! I scheduled   my other  stuff  around  my audit  schedule   in advance.   It's timers  visit  so I can 't reschedule   it…

John   Carlos   Diaz

10/13/2023 9o47o52  am

I heard  this  round  of covid  is brutal

Kit  Russell

10/13/2023 9o50o43  am

I hope  to God  I don 't get  it. The  first  time  I got  it it was  Day 5 after  my  exposure.   Mark  got sick  on Day 4 of exposure.   I wish  I had  gotten  the next  shot  sooner , but every  time  I get the vax  I spike  high  temps  so I'm down  for a couple  days  - and  I haven 't had  the time over  the past  month … Fingers   crossed  !!!!!

John   Carlos   Diaz

10/13/2023 9o52o20  am

That 's brutal . I think  that  I have  had  covid  3 times

Kit  Russell

10/13/2023 10o01o33  am

Oh no ! Yuck  ! Get  the new  vax !

Kit  Russell

10/16/2023 10o44o50  am

COVID   a update:  I tested  positive  last  night  and one  of the CRAs   tested  positive  on Sat . 🤒 🤒 🤒 Mild symptoms   so far  for me- just weird  chronic   headache,   low - grade  fever  and fatigue.  Could  be worse -  Brigitte  had  respiratory   junk . The  plague  continues …

John   Carlos   Diaz

10/16/2023 10o50o46  am

Get  better . Rest , fluids , fruits  and  veggies  . Don 't do too much

John   Carlos   Diaz

10/16/2023 10o50o52  am

I'm so sorry  lit

John  Carlos  Diaz
10/16/2023 10o50o57  am

Kit !!

Kit  Russell  ✎ ▓▓▓▓
10/16/2023 10o53o50  am

It's my eyes  they  hurt  with  this  stupid  headache!   So  frustrating  ! Also , I wrote  my response   to you "for the record " to protect   GeoSera  . So dodgy  that they  keep  asking  us to delete  things  from  the report . The  findings  are  the  findings  and  it's not cool  to edit  audit  reports . Makes  you  wonder  how  the ones  done  in Dec . got signed  … 🔲 🔲 🔲 🔲

John  Carlos  Diaz  ▓▓▓▓
10/16/2023 10o54o24  am

Yeah . As  long  as  we  get  to say , "do  x , y , z ", I'm  fine

Kit  Russell  ✎ ▓▓▓▓
10/16/2023 10o54o52  am

Yep . It's there. Just  let me know  when  I can  sign  off . Thanks  !

John  Carlos  Diaz  ▓▓▓▓
10/16/2023 10o55o14  am

I'll look  meow

Kit  Russell  ✎ ▓▓▓▓
10/16/2023 10o55o30  am

Replied  to:  I'll look  meow

Liked  "I'll look  meow "

Kit  Russell  ✎ ▓▓▓▓
10/16/2023 10o55o34  am

Woof .

John  Carlos  Diaz  ▓▓▓▓
10/16/2023 11o14o01am

Hahahaha

John  Carlos  Diaz  ▓▓▓▓
10/20/2023 1o43o51  pm

Hey  Kit , do you  have  time  for  me before 4?

067

**GeoSera024953**

**Kit Russell** ◈ [REDACTED]
10/20/2023 1o52o13 pm

I can be available at 3:30? That work ?

**Kit Russell** ◈ [REDACTED]
10/20/2023 1o52o45 pm

Want to call me?

John Carlos Diaz [REDACTED]
10/20/2023 1o54o18 pm

I'll call you but I want to share screens

**Kit Russell** ◈ [REDACTED]
10/20/2023 1o54o34 pm

I won 't be in my office.

John Carlos Diaz [REDACTED]
10/20/2023 2o24o39 pm

Ah balls . Okay . I'll talk ya through it

**Kit Russell** ◈ [REDACTED]
10/20/2023 2o53o30 pm

Sorry . I'll explain when we chat …

John Carlos Diaz [REDACTED]
10/26/2023 12o45o27 pm

Hi Kit , can you please send your notes on site [REDACTED] to Brigitte today ? She needs them to further her audit writing .

**Kit Russell** ◈ [REDACTED]
10/26/2023 12o50o29 pm

I'm at a site and don 't have my GeoSera stuff with me at the moment . I can send her my notes this evening .

John Carlos Diaz [REDACTED]
10/26/2023 12o51o06 pm

This evening is fine. Please cc me on the communication so I have them as well

068

**GeoSera024954**

Kit Russell

10/26/2023 12o52o42  pm

> I brought  some  of my GeoSera  stuff  with me - and I think  I included  all of it but can 't remember  exactly  what I have  in my "portable  office."  I'll confirm  one way or another this evening . I'm flying  back  to NYC  tomorrow .

John  Carlos  Diaz

10/26/2023 12o53o05  pm

> Perfect  thank  you .

John  Carlos  Diaz

10/30/2023 1o21o08  pm

> Kit ! Are  you  free  today  for 10 minutes  to run through  deliverables  ?

Kit Russell

10/30/2023 2o21o38  pm

> Are  you  free  now ?

John  Carlos  Diaz

10/30/2023 2o21o51  pm

> Wrapping   up now  but yes  :)

Kit Russell

10/30/2023 2o22o06   pm

> Call  me when  you  are free.

Kit Russell

11/03/2023 11o44o17 am

> Do  you  have 5  minutes  ?

Kit Russell

11/03/2023 11o44o42  am

> To chat

John  Carlos  Diaz

11/05/2023 2o01o31 pm

> I did  not  see  your  reports . Can  you  send  them  befor  you  leave?!?

069

Kit Russell  ◈ ▮▮▮▮▮▮
11/05/2023 3o12o45 pm

> Will do. Sending this evening.

John Carlos Diaz  ▮▮▮▮▮▮
11/05/2023 3o13o09 pm

> Okay. Please and thank you !

John Carlos Diaz  ▮▮▮▮▮▮
11/05/2023 8o41o37 pm

> Kit. Please send your reports tonight. I am worried that you are not going to get them to us tonight considering that we were supposed to get them Friday and Saturday

Kit Russell  ◈ ▮▮▮▮▮▮
11/06/2023 7o09o55 am

> Hi, I'm working and sending them in today. Fri. into Sat. was completely taken up with dealing with an SAE at a site I was covering for a colleague and multiple AEs at my site that included a ridiculous amount of calls with the PI/sites and Medical Monitors and a CTM that was needlessly flipping out over the AEs. Friday night I had to go to JFK to pick up our friend who flew in from SF to stay with the dogs at the house for the week. Got back at 11pm due to horrendous traffic being a usual Friday but also the NYC marathon this weekend. Yesterday was forever getting to and in the boat and we didn't even get our luggage until 7pm. Went to dinner and then to bed - exhausted. Never go on a cruise… I'm telling you all of this because I was not flaking on the dates - I just could not get to the reports. I thought I could finally finish up last night but I was completely spent. I'm brought everything with me since I could not get to it Fri/Sat. Sorry for the long text, but it was shit way to end the week before a vacation, but it happened. This boat is a zoo - so I have no problem being alone for a few hours to finish up. I'll Ping you when I'm sending them to everyone so Brigitte can work on them this week and we'll be ready for any edits on 11/13. Thanks.

John Carlos Diaz  ▮▮▮▮▮▮
11/06/2023 7o10o21 am

> Understood. Please send.

Kit Russell  ◈ ▮▮▮▮▮▮
11/06/2023 7o10o32 am

Replied to: Understood. Please send.

> Liked "Understood. Please send."

GeoSera024956

**Kit Russell** ◈ ▮▮▮▮▮
11/06/2023 5o00o48 pm

> I have been trying to send you the email for almost an hour. This internet is killing me. Still Working on it- I have the top Wi-Fi internet p-ackage

**John Carlos Diaz** ▮▮▮▮▮
11/06/2023 5o01o05 pm

> Okay. Thank you for the heads up:

**Kit Russell** ◈ ▮▮▮▮▮
11/06/2023 5o01o40 pm

> It's not that big of an attachment ! OMG - it's a word doc !

**John Carlos Diaz** ▮▮▮▮▮
11/06/2023 5o01o46 pm

> Hahahha

**John Carlos Diaz** ▮▮▮▮▮
11/06/2023 5o02o04 pm

> Ya know ..... ya should have sent them earlier kit :)

**Kit Russell** ◈ ▮▮▮▮▮
11/06/2023 5o02o40 pm

> sorry just spent the whole boost day doing this - I want to be done! I need a drink !! Yeah I know but like I said my Fri/Sat was hijacked .

**Kit Russell** ◈ ▮▮▮▮▮
11/06/2023 5o19o14 pm

> Ok, I think it went through !!!!!

**John Carlos Diaz** ▮▮▮▮▮
11/06/2023 5o19o49 pm

> I got ▮▮ What about ▮▮

**Kit Russell** ◈ ▮▮▮▮▮
11/06/2023 5o20o58 pm

> Oh, says "still sending …"

071

GeoSera024957

Kit Russell

11/06/2023 5o21o03 pm

"Message   sent " - got  my  copy .

John  Carlos  Diaz

11/06/2023 5o21o25 pm

Okay . We  will  get  it

John  Carlos  Diaz ███

11/06/2023 8o07o09 pm

██ didn 't come  through

John  Carlos  Diaz ███

11/13/2023 2o11o43 pm

Hi kit . I hope  that  you  returned  safe  and  sound . We are  missing  the report  for ██  which you  said  that  you  would  get  it done  before  you  left .

John  Carlos  Diaz ███

11/13/2023 2o11o58 pm

When  will  you  send  the audit  report  for ███

Kit Russell

11/13/2023 2o31o10 pm

Replied  to:  When  will  you  send  the audit  report  for ██

Liked  "When  will  you  send  the audit  report  for ██

Kit Russell

11/14/2023 3o15o35 pm

Hi , I'll  be  sending  I the ██  this  evening . I have  had  a  Plummer  and  contractor  in my kitchen  all day  repairing  the line  break  and  damage  and  they  have  interrupted  me all day  to  move  things  out of cabinets  and  show  me damage,  blah  blah . I thought  the thought  the contractor  was  coming  Thu  not today ! I need  to peace  and  quiet !

Kit Russell

11/14/2023 3o15o44 pm

Some  peace  and  quiet !

John  Carlos  Diaz ███

11/14/2023 3o18o19 pm

Please  tonight . We  are  very  behind

072

**GeoSera024958**

**Kit Russell** ◇ █████████
11/14/2023 3o25o28 pm

Replied to: Please tonight . We are very behind

Liked "Please tonight . We are very behind "

**Kit Russell** ◇ █████████
11/14/2023 3o25o51 pm

BTW , I already sent Brigitte everything she needed from me.

John Carlos Diaz █████████
11/14/2023 3o26o03 pm

For ██

John Carlos Diaz █████████
11/14/2023 3o26o09 pm

Which other sites ?

**Kit Russell** ◇ █████████
11/14/2023 3o31o30 pm

For █████████ . All my notes went to her on 11/2 and you and Annette were copied . I sent the draft in for ████████ that just needs her entries .

John Carlos Diaz █████████
11/14/2023 3o34o10 pm

Can you cc me on the ██ email ?

**Kit Russell** ◇ █████████
11/14/2023 3o35o08 pm

That was sent in 11/6 to all of you . I'll resend .

**Kit Russell** ◇ █████████
11/14/2023 3o35o48 pm

Just forwarded to you again .

John Carlos Diaz █████████
11/14/2023 9o12o18 pm

Replied to: For 126 Paoli -Bruno . All my notes went to her on 11/2 and you an ...

FYI , site █████████ is your report to finalize not Brigitte' s . Please let me know what is needed for you to finalize the reports .

073

GeoSera024959

John  Carlos  Diaz
11/14/2023 9o38o15 pm

Replied  to:  For 126 Paoli -Bruno . All my notes  went  to her on 11/2 and you  an ...

> Excuse   me, site ████████  is yours

**Kit  Russell**   ◈ ███████
11/14/2023 10o00o10 pm

> Yes , that is my understanding   and the report  draft  I sent  to you on 11/6. I just  need  Brigitte' s information  entered  by her. I sent  this to all on 11/6. as requested  . I was  to send  my report  draft  in to Brigitte  and copy  you for her to enter  her information  . That is what I did on 11/6. Since  I do not have  her notes , she  was  going  to enter  her information  in the report  and then I was  going  to finalize  the report  and tally  the findings  in the table  and observations  . What  I need  is for Brigitte  to enter  her information  and then I can finalize  the report , as planned  . She  has  this report  in her queue  and once  she  puts  in her info , I will finalize  the report .

John  Carlos  Diaz  ████████
11/14/2023 10o00o39  pm

> Great . ▮  report  please

John  Carlos  Diaz  ████████
11/14/2023 10o00o44  pm

> I'll nudge   her

**Kit  Russell**   ◈ ███████
11/14/2023 10o01o27 pm

> I'm finishing   it up . She  is aware  of her report  list .

John  Carlos  Diaz  ████████
11/14/2023 10o03o03  pm

> I'll make  it clear . This  has  not been  easy  herding  cats  and I have  been  consistently   kept  out  of the loop  even  after  repeated  requests . This  makes  incredible  extra  work  for me.

**Kit  Russell**   ◈ ███████
11/14/2023 10o06o09 pm

> I have  kept  you in the loop  in my drafts  as requested  . You  asked  me to copy  you on the notes  to Brigitte  and well  as the drafts  and I have. These  are not simple  reports  and take  an extraordinary   amount  of time. I will send  I've true███  when  it's done  and Brigitte  will enter  her sections  in the reports . I do not need  to be hand  held .

**GeoSera024960**

John  Carlos  Diaz  ▓▓▓▓
11/14/2023 10o06o39  pm

Perfect . We will get this done.

Kit  Russell  ◈ ▓▓▓▓
11/14/2023 10o07o42  pm

Thank  you . We will and they  will stand  up to any level  of scrutiny  based  on what we found  at the sites .

John  Carlos  Diaz  ▓▓▓▓
11/15/2023 11o38o47 am

Hi kit . Please  provide  an update  on audit  report  for ▓ which  you said  that we would receive  last  night .

Kit  Russell  ◈ ▓▓▓▓
11/15/2023 11o45o27 am

I'm still working  on it. I will have  it to you  by the  end of the day . I have  a cache  of photos I'm reviewing  to ensure  all the information  is in the report . It's taking  a lot longer  than I thought  it would . I also spoke  to Brigitte  this morning  and she will add her data once  I send  to to all of you LJCD  /AF /BK M

John  Carlos  Diaz  ▓▓▓▓
11/15/2023 11o47o36 am

Perfect  . Please  provide  updates  when  you miss  our agreeed  upon timeline  for your deliverable  so I do not have  to follow  up. Again , unnecessary  extra  work  for me

Kit  Russell  ◈ ▓▓▓▓
11/15/2023 11o48o12 am

Got  it.

075

Message

─────────────────────────────────────────────────

**From:**      Joseph Djan [jdjan@bioviepharma.com]
**on behalf of**   Joseph Djan <jdjan@bioviepharma.com> [jdjan@bioviepharma.com]
**Sent:**      1/12/2023 8:22:20 PM
**To:**       Jeanine Pitts [jeanine@pittsqc.com]; Flynn Eldred [feldred@bioviepharma.com]
**Subject:**    Re: Site 145, ███████ Audit Observation Tables - Site and CRO
**Attachments:**  ██████ site 145-BioVie-audit report-draft 26Dec2022.docx; Observation Table - CRO 145-███████ docx;
          Observation Table - Site 145-████████ docx

Hi Jeanine

See attached very minor comments from Flynn and I.

Please finalize and issue at your earliest convenience.

Kind regards,

Joe.

---
Mobile: +1 858-381-7058
jdjan@bioviepharma.com

─────────────────────────────────────────────────

**From:** Jeanine Pitts <jeanine@pittsqc.com>
**Date:** Tuesday, January 10, 2023 at 11:17 AM
**To:** Flynn Eldred <feldred@bioviepharma.com>, Joseph Djan <jdjan@bioviepharma.com>
**Subject:** RE: Site 145, ████████ Audit Observation Tables - Site and CRO

**External Email**

Dear Flynn,
Thank you for the catch. I have updated the observation tables and attached those along with the draft audit report for your review.  Please let me know if you have any comments or questions.

Best Regards,

Jeanine Pitts, RQAP-GCP
Owner and President



jeanine@pittsqc.com
www.pittsqc.com
619-865-1318
Schedule a meeting:
https://calendly.com/jeaninepqc

 

CONFIDENTIAL                                    PITTS00002701

**From:** Flynn Eldred <feldred@bioviepharma.com>
**Sent:** Tuesday, January 10, 2023 10:37 AM
**To:** Jeanine Pitts <jeanine@pittsqc.com>; Joseph Djan <jdjan@bioviepharma.com>
**Subject:** RE: Site 145, ███████ Audit Observation Tables - Site and CRO

Jeanine,

Looks good.  Only comment I have is, there is a typo in the template in the preventive actions section.  Specifically, the word "Date" in "Target Date" is misspelled.

Joe,

Please chime in as necessary.

Regards,
Flynn



Flynn Eldred, MBA
VP, Head of Quality

---

**From:** Jeanine Pitts <jeanine@pittsqc.com>
**Sent:** Monday, January 9, 2023 6:46 PM
**To:** Joseph Djan <jdjan@bioviepharma.com>; Flynn Eldred <feldred@bioviepharma.com>
**Subject:** Site 145, ███████ Audit Observation Tables - Site and CRO

**External Email**

Dear both,
I wanted to send these out in case my flight does not have wi fi, I'm only a few minutes away from completing the report, but it's time to board. Please see the audit observations for Dr. ██████ site attached. The report should follow soon.  Please note that I am on Munich time for the rest of the week, so responses may be delayed.  I look forward to your feedback on the observations tables, and will provide you with the remainder of the report asap.

Best Regards,

Jeanine Pitts, RQAP-GCP
Owner and President



jeanine@pittsqc.com
www.pittsqc.com
619-865-1318
Schedule a meeting:
https://calendly.com/jeaninepqc

077



The contents of this e-mail and attachments, if any, is confidential and solely intended for the use of the addressee. If you receive this e-mail in error, then we kindly request you to notify the sender thereof immediately, and to delete the e-mail and the attachments without printing, copying or distributing any of those.  The publication, copying whole or in part or use or dissemination in any other way of the e-mail and attachments by others than the intended person(s) is prohibited. The sender cannot guarantee the security of electronic communication and is not liable for any negative consequence of the use of electronic communication, including but not limited to, damage as a result of in or non-complete delivery or delay in delivery of any e-mail; the text of the e-mail as sent is decisive.

078

CONFIDENTIAL

PITTS00002703

Message

---

**From:** Jeanine Pitts [jeanine@pittsqc.com]
**on behalf of** Jeanine Pitts <jeanine@pittsqc.com> [jeanine@pittsqc.com]
**Sent:** 1/1/2023 1:52:06 PM
**To:** Joseph Djan [jdjan@bioviepharma.com]; Flynn Eldred [feldred@bioviepharma.com]
**Subject:** ▆▆▆▆▆ medical history records

Hi Joe and Flynn,

Happy New Year! I wanted to share some of the issues I observed at site ▆▆ I am available all day on Tuesday, Jan 3 and after 5:00 pm EST on Wednesday Jan 4 if you'd like to have a debrief meeting to discuss the findings below:

- ▆▆▆▆▆ Study staff member consented, screened, enrolled, and administered scales on a family member (subject ▆▆▆). No IRB submission and approval was provided for enrolling a family member.

Medical Record discrepancies (see screenshots below):

- Subject ▆▆▆▆ Alzheimer's Disease diagnosis is a different font than the rest of the page and appears to be typed into a pdf
- Subject ▆▆▆▆ print/fax date of record is 22Dec2021, but date of doctor visit did not occur until 24Mar2022
- Subject ▆▆▆▆ Encounter date in header of four-page report is different on each page of the report.
- Subject ▆▆▆▆ – no print/fax date, or date of diagnosis of Alzheimer's disease. Could not determine from the record when the visit occurred. Record appeared to be enlarged compared to the other records from the facility with the print/fax in the header cut out of the copy.

- Scale/Rater inconsistencies noted:

| Subject # | Language recorded in site's demographic page | V1 language and rater initials | V2 language and rater initials | V6 language and rater initials | V7 language and rater initials | V10 language and rater initials | Notes |
|---|---|---|---|---|---|---|---|
| ▆ | Bilingual | MMSE: English, A.O | MMSE: English, A.O. | MMSE: Spanish, A.O. | MMSE: Spanish, J.A. | MMSE: Spanish, J.A. | All other scales administered in English |
| | Spanish | MMSE: English, L.M. | MMSE: Spanish, A.O. | MMSE: Spanish, A.O. | MMSE: Spanish, J.A. | Visit not yet performed | All other scales administered in English |
| | Bilingual | | A.G. administered ADCS-CGIC, and NPI | A.G. administered ADCS-CGIC, and NPI | | | Did not note language at time of review, however, it was noted that A.G., the daughter of the subject administered scales |
| | Bilingual | CDR: English, G.D.R. | CDR: Spanish, G.D.R. | CDR: Spanish, G.D.R. | Visit not yet performed | Visit not yet performed | |

CONFIDENTIAL

Other comments of note:

•     Of the 33 medical records reviewed, six subjects had a diagnosis of AD on 03Feb2022, with 3 of those diagnoses coming from ███████████████████

•     Subjects ████ and ████ are spouses, and subjects ████ and ██████ are spouses. (it was noted that one of the spouses for each of these groups had issues with medical records)

•     AD diagnoses were provided via telemedicine appointments (due to COVID) for the following subjects:

    o   █████████ diagnosed 22Mar2022, provider location not listed on med records

    o   ██████ diagnosed 03Feb2022, ████████████

    o   ██████ diagnosed 03Feb2022, ████████████

    o   ██████ diagnosed 02May2022 ████████████

    o   ██████ diagnosed 03Feb2022, ████████████

Example screenshots:

Subject ████████ Assessment #7 is a different font than the rest of the page:

Not that



Subject ████████ - Print/Fax date is prior to the date of encounter:

Subject ████████ – Encounter date on each page of this four-page report was a different date, with the first page showing a date of 2023. This was the subject's Alzheimer's disease diagnosis document.

080

PITTS00002750



Page: 1 of 4

145-0027

Patient ID:                                    Account No.:
Encounter ID: 235801362    Encounter Date: 02/03/2023
Encounter Type: Office Visit
Problem List:        02/03/2022 G30.9 Alzheimer's Disease, mild
                     02/03/2022 F41.1 Generalized anxiety disorder

SUBJECTIVE:
Chief Complaint:

        The patient is in a telemedicine appointment due to the current Health Emergency with COVID-19. The public health department recommends social distance, and the patient cannot assist in person at the office. The patient is a source of information used to complete the history documented in this note.
History Of Present    The patient is a 79-year-old female with a history of , anxiety, and insomnia for more than 14 years. The first
Illness:    episode occurred spontaneously. Medications used to treat the mental condition are working well. The patient has reported loss of interest for pleasure in activities, changes in appetite, lack of energy, generalized anxiety, physical tension, excessive worrying, and trouble sleeping. The patient is unable to assist face-to-face in the office because of the COVID-19 pandemic. The patient is seen in a telemedicine encounter.



Page: 2 of 4

Patient ID:                        Account No.:
Encounter ID: 235801362    Encounter Date: 02/03/2022
Encounter Type: Office Visit
        Eyes: Wears Corrective Lenses: Yes

Page: 3 of 4

Patient ID:                        Account No.:
Encounter ID: 235801362    Encounter Date: 03/30/2021
Encounter Type: Office Visit

        PROTECTIVE FACTORS FOR SUICIDE: Stable social support system. Availability and ability to use adaptive coping skills. Actively participating in one's treatment. Sense of hopefulness. Spiritual inclinations.
PLAN:
Procedure Notes:    I reviewed patients GAD-7: Score 6 (mild anxiety)

                    Continue

Page: 4 of 4

Patient ID:                        Account No.:
Encounter ID: 235801362    Encounter Date: 02/03/2022
Encounter Type: Office Visit

        Follow up with appropriate medical physicians as needed. Abstain from all illicit drugs, alcohol or mind altering substances. Risks, benefits, alternative to treatment and side effects of medication discussed with patient who verbalized understanding and agreement with this treatment plan. Safety plan discussed with patient. Tell a

Jeanine Pitts, RQAP-GCP
Owner and President

081

CONFIDENTIAL

PITTS00002751



jeanine@pittsqc.com
www.pittsqc.com
619-865-1318
Schedule a meeting:
https://calendly.com/jeaninepqc

 

082

CONFIDENTIAL

Message
_____

**From:**        Joseph Djan [jdjan@bioviepharma.com]
**on behalf of**  Joseph Djan <jdjan@bioviepharma.com> [jdjan@bioviepharma.com]
**Sent:**        12/29/2022 12:09:41 PM
**To:**          Jeanine Pitts [jeanine@pittsqc.com]; Flynn Eldred [feldred@bioviepharma.com]
**Subject:**     Re: Potential Critical Finding


Hi Jeanine

Received.  This is highly concerning, therefore, please direct the audit based on your observations and prioritize accordingly.

Kind regards,

Joe.

_____

**From:** Jeanine Pitts <jeanine@pittsqc.com>
**Date:** Thursday, December 29, 2022 at 8:08 AM
**To:** Joseph Djan <jdjan@bioviepharma.com>, Flynn Eldred <feldred@bioviepharma.com>
**Subject:** Potential Critical Finding

## External Email

Hi Joe and Flynn,
I am looking through the historic medical records for subjects, and am seeing evidence of possible doctoring of medical records for multiple subjects.

Examples include:
- Encounter dates not matching up on each page of a 4-page report (one date being 02Mar**2023**) (subject █████ ████████)
- Fax/print date occurring months prior to the diagnosis dates within the chart (subject █████)
- Multiple diagnoses of Alzheimer's Disease via telemedicine visit from ████████████████████ (subjects ████  and ████ husband and wife, had telemedicine visits on the same date)

I plan on prioritizing review of a larger sampling of medical records; however, this will take away time spent on reviewing the neuro scales.

Jeanine Pitts, RQAP-GCP
Owner and President



jeanine@pittsqc.com
www.pittsqc.com
619-865-1318
Schedule a meeting:
https://calendly.com/jeaninepqc

CONFIDENTIAL                                                         PITTS00002753



The contents of this e-mail and attachments, if any, is confidential and solely intended for the use of the addressee. If you receive this e-mail in error, then we kindly request you to notify the sender thereof immediately, and to delete the e-mail and the attachments without printing, copying or distributing any of those. The publication, copying whole or in part or use or dissemination in any other way of the e-mail and attachments by others than the intended person(s) is prohibited. The sender cannot guarantee the security of electronic communication and is not liable for any negative consequence of the use of electronic communication, including but not limited to, damage as a result of in or non-complete delivery or delay in delivery of any e-mail; the text of the e-mail as sent is decisive.

084

CONFIDENTIAL