**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE BIOVIE INC. SECURITIES LITIGATION, | 3:24-cv-00035-MMD-CSD |
| | **ORDER** |
| | Re: ECF No. 103 |

Before the court is Plaintiffs' Motion Regarding Discovery Dispute. (ECF No. 103.)

Pursuant to the Court's Civil Standing Order (ECF No. 50), a response to the motion shall be filed on or before close of business on **Thursday, May 14, 2026**. The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  May 12, 2026.

_____
Craig S. Denney
United States Magistrate Judge