**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE BIOVIE INC. SECURITIES LITIGATION, | Case No.: 3:24-cv-00035-MMD-CSD |
| | **Order** |
| | Re: ECF No. 103-1 |

Plaintiffs' counsel has filed a declaration (ECF No. 103-1) in support of the recently filed motion to compel (ECF No. 103) that insufficiently details the efforts to meet-and-confer as required by the court's standing order (ECF No. 50). Counsel for plaintiffs is therefore directed to file a supplemental declaration detailing the matters discussed at the meet-and-confer and the explanation given by Defendants for opposing the discovery requested in this case. The duration of the meet-and-confer call shall be included. The supplemental declaration shall be filed no later than close of business on Thursday, May 14, 2026.

**IT IS SO ORDERED**.

Dated: May 12, 2026

_____
Craig S. Denney
United States Magistrate Judge