## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

IN RE BIOVIE INC. SECURITIES LITIGATION,

Case No.: 3:24-cv-00035-MMD-CSD

**Order**

Re: ECF Nos. 72, 73

Plaintiffs have filed a Motion to Strike Confidentiality Designations. (ECF No. 72 (sealed version); ECF No. 73 (unsealed version).) Defendants filed a response. (ECF No. 86.) Plaintiffs filed a reply. (ECF No. 94.)

In reviewing the briefs, the court concludes that further meet-and-confer efforts are appropriate in order for the parties to attempt to narrow the scope of the issues requiring court intervention. Specifically, Defendants indicate they offered to de-designate several documents with redactions. In addition, Defendants appear to be willing to discuss redactions even of those documents that they claim are entirely confidential. It is not at all clear whether and to what extent the parties have discussed either possibility. Accordingly, the court will deny the motion to strike without prejudice and direct the parties to submit to further meet-and-confers.

Accordingly, the motion to strike (ECF Nos. 72, 73) is **DENIED WITHOUT PREJUDICE**. The parties are directed to meet and confer in good faith to narrow the issues in dispute. Plaintiffs may file a renewed motion to strike if, after engaging in good faith meet-and-confer, any issues remain that cannot be resolved by the parties.

The parties are advised that if any disputes remain after further meet-and-confer efforts and the court determines a hearing is necessary on any resulting motion to strike, such hearing

will take place <u>in person</u> in a Reno, Nevada courtroom, and no counsel will be permitted to attend by remote means.

**IT IS SO ORDERED**.

Dated: June 1, 2026

_____
Craig S. Denney
United States Magistrate Judge

2