UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| IN RE BIOVIE INC. SECURITIES LITIGATION | Case No. 3:24-cv-00035-MMD-CSD |
|---|---|
| | ORDER |

Plaintiffs representing a putative class of investors bring this securities fraud action against Defendant BioVie, Inc. ("BioVie," or "the Company"), a clinical-stage biopharmaceutical company, and two of its senior executives[1]. Before the Court is Plaintiffs' motion for class certification and appointment of class representatives and class counsel. (ECF Nos. 68 (sealed), 69 (unsealed) ("Motion").) Defendants filed a notice of non-opposition to the Motion, stating they do not oppose the Motion "in light of the factual record developed to date [but] they specifically reserve all rights and remedies." (ECF No. 113 ("Notice").) In light of the Notice, the Court grants Defendants' Motion (ECF Nos. 68, 69) as unopposed but subject to Defendants' reservation of their "rights and remedies."

By granting the Motion, the Court certifies this action as a class under Federal Rule of Civil Procedure 23 with the Class consisting of:

///

///

///

---

[1]Senior executives named as defendants are BioVie's President and Chief Executive Officer, Cuong Do, and Chief Medical Officer Joseph Palumbo. (*Id.*)

All individuals and entities that purchased BioVie common stock from December 7, 2022 through November 28, 2023, and were damaged thereby. Excluded from the Class are Defendants, the officers and directors of the Company at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any of the foregoing individuals and/or entities have or had a controlling interest.

(ECF No. 68 at 2; ECF No.112 at 58-59); *see* Fed. R. Civ. P. 23(a), (b)(3). The Court further appoints Plaintiffs Anthony Rinaldi and Mark Hill as Class Representatives and appoints Levi & Korsinsky, LLP as Class Counsel and Aldrich Law Firm, Ltd. as Liaison Counsel.

DATED THIS 17th Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2