**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

IN RE BIOVIE INC. SECURITIES LITIGATION,

3:24-cv-00035-MMD-CSD

**ORDER**

Re: ECF No. 122

Before the court is Plaintiffs' Motion Regarding Discovery Dispute. (ECF No. 122.)

Pursuant to the Court's Civil Standing Order (ECF No. 50), a response to the motion shall be filed on or before close of business on **Thursday, July 23, 2026**. The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: July 21, 2026.

Craig S. Denney
United States Magistrate Judge