**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

IN RE BIOVIE INC. SECURITIES LITIGATION,

Case No.: 3:24-cv-00035-MMD-CSD

**Order**

Re: ECF No. 137

Plaintiffs have filed a motion regarding discovery dispute challenging Defendants' assertion of attorney-client privilege over 462 documents, mostly emails. (ECF No. 137.) In their motion, Plaintiffs seek leave to provide full briefing of the dispute. Defendants have responded to the motion. (ECF No. 138.)

Following review of the motion and response, the court concludes limited supplementation is appropriate. Accordingly, on or before November 2, 2026, Plaintiffs may supplement their motion to provide a sampling of their specific arguments as to specific documents in which they believe there is waiver or that privilege does not apply. The supplement may not exceed **ten (10)** pages. Defendants will have ten days from the filing of Plaintiffs' supplement to file a response, also limited to **ten (10)** pages.

**IT IS SO ORDERED**.

Dated: October 22, 2026

Craig S. Denney
United States Magistrate Judge